*Revised October 9, 2019*

# CURRICULUM VITAE
# Charles T. Mehlman, DO, MPH

| | |
|---|---|
| BORN | February 22, 1962, Wheeling, West Virginia |
| HOME ADDRESS | 407 Lafayette Ave.<br>Cincinnati, Ohio 45220 - 1127<br>(513) 961-7476 |
| WORK ADDRESS | Children's Hospital Medical Center<br>Division of Pediatric Orthopaedic Surgery<br>3333 Burnet Avenue<br>Cincinnati, Ohio 45229<br>(513) 636-4087 |
| FAX | (513) 636 –3928 |
| E-MAIL | charles.mehlman@cchmcc.org<br>ctmehlman@post.harvard.edu |
| MARITAL STATUS | Married, Elsira M. Pina, D.O. on 7/1/97<br>Pulmonary – Critical Care Physician/ Intensivist<br>University of Cincinnati Medical Center<br>Cincinnati, Ohio |
| SOCIAL SECURITY NUMBER | Available Upon Request |
| FAMILY | Maya Juliette Mehlman (Daughter) DOB: 7/18/01<br>Bronson Ramsey Mehlman (Son) DOB: 7/18/01<br>Isabella Maggie Mehlman (Vizsla) DOB: 9/3/08<br>Jack Mehlman (Bluetick Coonhound) DOB: 2/15 |
| PRESENT POSITION | Attending Pediatric Orthopaedic Surgeon<br>Professor, Pediatrics and Pediatric Orthopaedic Surgery<br>Director, Musculoskeletal Outcomes Research<br>Director, Pediatric Orthopaedic Resident Education<br>Division of Pediatric Orthopaedic Surgery<br>Cincinnati Children's Hospital Medical Center<br>Cincinnati, Ohio<br>9/96 – present |


Cincinnati Children's®
changing the outcome together

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.* *Curriculum Vitae Continued*

| | |
|---|---|
| CERTIFICATIONS | Re-certification 2019 Certificate No. R-1227 |
| | Board Certified, American Osteopathic Board of |
| | Orthopaedic Surgery [01/01/2019 - 12/2028] |
| | |
| | Standards Setting Committee, Member [2000 – present] |
| | |
| | Fellow, American Osteopathic Academy of Orthopedics |
| | [1998] #051035 |
| | |
| | Diplomat, National Board of Osteopathic Medical |
| | Examiners [1990] #17802 |
| | |
| | Certified Athletic Trainer, National Athletic Trainer's |
| | Association |
| | [1985 – 1995] #4-1425 |
| | Certified, CCHMC Procedural Sedation/Analgesia [2003 – |
| | Current] |
| | |
| | PALS Provider, American Heart Association/AAP [2002 – |
| | Current] |
| | |
| MEDICAL LICENSES | Ohio [1990 – present] No. 34-00-5069 |
| | |
| ACADEMIC | Professor Pediatrics and Pediatric Orthopaedic Surgery |
| APPOINTMENTS | University of Cincinnati College of Medicine |
| | Cincinnati, Ohio |
| | 2008 – Present |
| | |
| | Adjunct Clinical Associate Professor |
| | Ohio University Heritage College of Osteopathic Medicine |
| | Pediatric Orthopedic Surgery |
| | Athens, OH |
| | 2018 through the end of 2021 |
| | |
| | Associate Professor Pediatrics and Pediatric Orthopaedic |
| | Surgery |
| | University of Cincinnati College of Medicine |
| | Cincinnati, Ohio |
| | 2002 – 2008 |

|  | Assistant Professor Pediatrics and Pediatric Orthopaedic Surgery |
|--|--|

Assistant Professor Pediatrics and Pediatric Orthopaedic
Surgery
University of Cincinnati College of Medicine
Cincinnati, Ohio
1997 – 2002

Associate Clinical Professor, Orthopaedic Surgery
Ohio University College of Osteopathic Medicine
Athens, Ohio

Adjunct Clinical Professor, Pediatric Orthopaedic Surgery
Pikeville College of Osteopathic Medicine
Pikeville, Kentucky

EDUCATION

Clinical Effectiveness and Outcomes Research, Masters of
Public Health (MPH)
Harvard School of Public Health
Boston, Massachusetts
7/96 – 11/98

Fellowship, Pediatric Orthopaedic Surgery
University of Cincinnati College of Medicine
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
7/95 – 6/96

Residency, Orthopaedic Surgery
Ohio University College of Osteopathic Medicine
Grandview Hospital and Medical Center
Dayton, Ohio
7/91 – 6/95

Internal Medicine (Preliminary Medicine Year)
Akron General Medical Center
Akron, Ohio
7/90 – 6/91

Rotating Internship
Ohio University College of Osteopathic Medicine
Grandview Hospital and Medical Center
Dayton, Ohio
7/89 – 6/90

Medical School, Doctor of Osteopathic Medicine (DO)
Ohio University College of Osteopathic Medicine
Athens, Ohio
9/85 – 6/89

|  |  |
|---|---|
|  | The University of Akron |
|  | Akron, Ohio |
|  | Major = Physiology (BA) |
|  | Minor = Chemistry |
|  | Certified Athletic Trainer (ATC) |
|  | 8/80 – 5/85 |
| ORTHOPEADIC BOARD EXAMINATION SERVICE | Oakstone |
|  | Medical Publishing Director |
|  | Orthopaedic Board Review (4th Edition) 2016 |
|  | 36 Lectures |
|  | 25 Speakers |

Oakstone
Medical Publishing Director
Orthopaedic Board Review (3rd Edition) 2014
33 Lectures
24 Speakers

Oakstone
Medical Publishing Director
Orthopaedic Board Review (2nd Edition) 2012
33 Lectures
24 Speakers

Oakstone
Medical Publishing Director
Orthopaedic Board Review (1st Edition) 2010
30 Lectures
26 Speakers

Clinical Examiner
Clinical Exam
7/28/2004 to present

Item Writing Committee
TC - Test Development
3/12/2006 -3/4/2011

American Osteopathic Board of Orthopedic Surgery
Standard Setting Committee
Test Development
1/17/2003 – 11/11/2010

**SELECTED NATIONAL COMMITTEE SERVICE**



2019-2020 Orthopedics Working Group - U S News & World Report BEST Children's Hospitals (Leader

2018-2019 Orthopedics Working Group - U S News & World Report BEST Children's Hospitals (Leader)

2017-2018 Orthopedics Working Group - U S News & World Report BEST Children's Hospitals (Leader)

2016-2017 Orthopedics Working Group - U S News & World Report BEST Children's Hospitals (Leader)

2015-2016 Orthopedics Working Group - U S News & World Report BEST Children's Hospitals (Leader)

2014-2015 Orthopedics Working Group - U S News & World Report BEST Children's Hospitals (Leader)

2013-2014 Orthopedics Working Group - U S News & World Report BEST Children's Hospitals (Leader)

2012-2013 Orthopedics Working Group – U S News & World Report BEST Children's Hospitals

2011-2012 Orthopedics Working Group – U S News & World Report BEST Children's Hospitals

2010-2011 Orthopedics Working Group – U S News & World Report BEST Children's Hospitals

| | |
|---|---|
| CHINESE MEDICAL MISSIONS / CHINESE EXCHANGE FELLOWSHIP WORK | 2011 "Eee-Hua" Ge, MD – 3 month Chinese Exchange Fellow to Cincinnati Children's Division of Pediatric Orthopaedic Surgery |
| | 2010 Dr. "Shoo" – 3 month Chinese Exchange Fellow to Cincinnati Children's Division of Pediatric Orthopaedic Surgery |
| | 2009 Zhigang Wang, MD - 6 month Chinese Exchange Fellow to Cincinnati Children's Division of Pediatric Orthopaedic Surgery |
| | 2007 Healing The Children Scoliosis / Spinal Deformity Mission Trip to Shanghai, CHINA (Mehlman, TEAM LEADER) |
| | 2006 Healing The Children Scoliosis / Spinal Deformity Mission Trip to Shanghai, CHINA (Mehlman, TEAM LEADER) |
| | 2005 Healing The Children Scoliosis / Spinal Deformity Mission Trip to Shanghai, CHINA (Mehlman, TEAM LEADER) |
| | 2004 Healing The Children Orthopaedic Surgery Mission Trip to Shanghai, CHINA (DiPasquale, TEAM LEADER) |
| *CCHMC PROGRAMMATIC INVOLVEMENT* | Co - Director, Limb Reconstruction Clinic |
| | Co – Director, Brachial Plexus Center |
| | Attending Pediatric Orthopaedic Surgeon, Spine Center |
| | Attending Pediatric Orthopaedic Surgeon, Sports Medicine Biodynamic Center |
| | Pediatric Orthopaedic Consultant, International Adoption Center |

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*                    *Curriculum Vitae Continued*

HONORS/AWARDS      Cincinnati Magazine
Cincinnati Top Doctors 2018



Cincinnati Magazine
Cincinnati Top Doctors 2017



Cincinnati Magazine
Cincinnati Top Doctors 2016



Cincinnati Magazine
Cincinnati Top Doctors 2015



Cincinnati Magazine
Cincinnati Top Doctors 2014



Cincinnati Magazine
Cincinnati Top Doctors 2013



Cincinnati Magazine
Cincinnati Top Doctors 2012



Ohio Osteopathic Association George L. Eckert, Jr., DO
Mentor of the Year Award, Hall of Fame Induction 2014

AOAO Morton J. Morris, DO, JD Award for Osteopathic
Orthopedic Education 2014

Ohio University Mentor Hall of Fame Inductee 2014

The American Journal of Orthopedics
2012 Resident Writer's Award
Second-Place
Original Study
The Orthopedic Gender Gap: Trends in Authorship and
Editorial Board Representation Over the Past 4 Decades
Okike K, Liu B, Lin YB, Torpey JL, Kocher MS, **Mehlman CT**,
Bhandari M, Biermann JS

Ohio University
Medal of Merit 2012

Bellaire High School
Alumnus of the Year 2011

Bethedsa Hospital Family Medicine Residency
Teacher of the Year 2010

Re-certification 2009 Certificate No. R-1227, AOBOS, #1
score in nation

Ohio University College of Osteopathic Medicine
2006 Medal of Merit Award
October 28, 2006

Scoliosis Research Society
Fellow, 2005 SRS Traveling Fellowship
Sapporo, Japan
Seoul, Korea
Beijing, China
Hong Kong
Bangkok, Thailand
Singapore
May 13–June 4, 2005
Spinal Deformity Education Group
Fellow, Spinal Deformity Advancement Award
2003/2004

Scoliosis Research Society
Goldstein Award
Best Poster
**Mehlman CT**, Al-Sayyad MJ, Crawford AH.
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity.
2001 Annual Meeting Scoliosis Research Society
Cleveland, Ohio
September 18-22, 2001

American Fracture Association (Trinidad, West Indies)
Femoral Shaft Fractures in Children: Traction and Casting
Versus Intramedullary Nailing
1st place Meyerding Award
Spring, 2000

American Osteopathic Academy of Orthopaedics (Seattle,
Washington)
Orthopaedic Injuries in Children Secondary to Airbag
Deployment: A Report of Two Cases
1st place poster "clinical category"
Fall, 1999

Yearbook of Orthopedics 1998 (Mosby, St. Louis)
Radiation Exposure to the Orthopaedic Surgical Team
During Fluoroscopy: "How Far Away is Far Enough?"
Included as one of the "papers representing significant
advances and statements of important clinical principles"

American Fracture Association
Nashville, TN
2nd Place Myerding Award
Traumatic Hip Dislocations in Children
Spring 1998

Annual Clinical Assembly Osteopathic Specialists
New Orleans, LA
1st Place Scientific Poster Display
Radiation Exposure to Orthopaedic Surgical Team
Fall 1995

Annual Clinical Assembly Osteopathic Specialists
New Orleans, LA
2nd Place Scientific Poster Display
Video-Assisted Thoracoscopic Surgery of Spine
Fall 1995

*Annual Clinical Assembly Osteopathic Specialists*
San Francisco, California
2nd Place Scientific Poster Display
Arthroscopic Bankart Suture Repair
Fall 1993

*Annual Clinical Assembly Osteopathic Specialists*
Chicago, IL
3rd Place Scientific Poster Display
Effects of Ketorolac on Collagen Production
Fall 1992

Dayton Regional Cancer Association
Resident Writing Contest
1st Place – Surgical Division
Primary Lymphoma of Bone
Winter 1991

Northeastern Ohio Universities College of Medicine
Akron General Medical Center
Post-Graduate Day Research Competition: 2nd Place
Ketorolac Stimulation of Collagen Production
1991

Student Osteopathic Medical Association
Squibb Intern Scholarship Recipient
Grandview Hospital and Medical Center
Clinical Medical Education – An Opinion
1990

National Athletic Trainer's Association
Certification Achievement Award for Highest Score on
Certification Examination
1985

| | |
|---|---|
| VISITING PROFESSORSHIPS/ FEATURED SPEAKER | **Mehlman CT** – Guest Speaker<br>Children's Health Care Batesville<br>"My Kid's Legs Look Funny" and "My Kid Just Started Limping" combined lecture<br>Batesville, IN<br>January 16, 2019 |
| | **Mehlman CT** – Guest Speaker<br>University of Cincinnati<br>Caducea Pre-Medical Society<br>DOs are the Coolest<br>Cincinnati, Ohio<br>November 9, 2018 |
| | **Mehlman CT** – Guest Speaker<br>University of Cincinnati<br>Emergency Medicine Grand Rounds<br>Little Bones Big Problems<br>Cincinnati, Ohio<br>October 31, 2018 |
| | **Mehlman CT** Visiting Professor<br>AAJ 2018 Annual Convention<br>Birth Trauma Litigation<br>Colorado Convention Center<br>Neonatal Brachial Plexus Palsy: What The Heck Are The Risk Factors?<br>Denver, Colorado<br>July 8, 2018 |
| | **Mehlman CT** Visiting Professor<br>John S. Smith, MD Memorial Orthopaedic Symposium<br>Orthopaedic Controversies<br>The Queens Conference Center<br>Clavicle Fractures: Hey It's Only a Kid<br>Honolulu, Hawaii<br>April 5, 2018 |

**Mehlman CT** Visiting Professor
33RD Annual Combined Orthopaedic Combined Symposium
Hale Koa Hotel
The Difficult Pediatric Supracondylar Humeral Fracture:
Scary Stories About Things that go Bump in the Night
Femoral Shaft Fractures: Teenie Tinys, School Age, and
Knuckle Heads
Honolulu, Hawaii
April 6-7, 2018

**Mehlman CT** - Visiting Professor
Michigan State University College of Osteopathic Medicine
Peds & Peds Trauma Conference
Biggest Bone in the Body: Pediatric Tibia Fractures are
Cool
The 3 "T's" of Pediatric Ankle Fractures: Tillaux, Triplane,
& Tachdjian
Clavicle Shaft Fractures: Hey It's Only A Kid
Pediatric Polytrauma: Navigating Gator Country
Detroit, Michigan
September 13, 2017

**Mehlman, CT** – Visiting Professor
17th Annual Trauma Symposium Notre Dame
Pediatric Polytrauma: Navigating Gator Country
The Difficult Supracondylar Humeral Fracture: Scary
Stories About Things that Go Bump in the Night
South Bend, Indiana
March 18, 2017

Visiting Professor – Featured Speaker
4th Annual Neil E. Green Lectureship
Vanderbilt, University
Nashville, Tennessee
2016

Invited Lectureship
Oklahoma State University Medical Center
Oklahoma State University –
Tulsa, Oklahoma
2015

Visiting Professor
Elizabethtown Lectureship
Penn State College of Medicine
2015

Visiting Professor
Akron Children's Hospital
Akron, Ohio
2014

**Mehlman CT**. – Keynote Speaker
British Society for Children's Orthopaedic Surgery
2014 Annual Meeting
Chairman: Two Debates
Pediatric Plytrauma Update
Tricky Tibial Fractures
Aberdeen, Scotland
June 13-14, 2014

**Mehlman CT**. – International Guest Speaker
St. Bartholomew's Hospital, London
Paediatric Polytrauma – Navigating Gator Country,
Adolescent Idiopathic Scoliosis: Do We Have an Effective
Non-Operative Treatment?
Spondylolysis & Spondylolisthesis in Children & Adolescents
London
June 18, 2013

**Mehlman CT**. – Keynote Speaker
Pediatric Trauma Summit
Regions Hospital
University of Minnesota
St. Paul, Minnesota
November 1-2, 2013

Michigan State University College of Osteopathic Medicine
Orthopedic Surgery Educational Day - "Pediatrics"
Moderator: **Mehlman CT**
Pediatric Polytrauma: Navigating Gator Country
The Difficult Pediatric Supracondylar Humeral Fracture
Troy, Michigan
September 11, 2013

**Mehlman CT**. – Visiting Professor
Grand Rounds Presentation
Nova Southeastern University
Broward Health Medical Center
Ft. Lauderdale, Florida
January 31-February 1, 2013

**Mehlman CT.**
Orthopedic Presentation
Ohio University
St. Vincent Medical Center
Toledo, Ohio
May 10, 2013

**Mehlman CT**
Michigan State University
College of Osteopathic Medicine
Michigan State University
2012

**Mehlman CT**. – Visiting Professor
Philadelphia Ortho Society - Howard Steel Lecture
The 3 T's of Pediatric Fractures: Tachdijan, Tillaux and
Triplane
Forearm Fractures
September 12, 2011

**Mehlman CT**. – Visiting Professor
Pediatric Polytrauma
Michigan State University College of Osteopathic Medicine
Hosted by Danny Morrison
Troy, Michigan
September 21, 2011

**Mehlman CT**. – Visiting Professor
Supracondylar Humeral Fractures in Children:  The
M.A.I.N. Things You Wish to Avoid
Clavicle Shaft Fractures in Kids:  Who Needs Surgery,
Who Needs a Sling?
Michigan State University College of Osteopathic Medicine
Hosted by Danny Morrison
Troy, Michigan
November 10, 2010

**Mehlman CT**. – Visiting Professor
Neonatal Brachial Plexus Palsy: You've Come a Long Way
Baby
University of North Carolina
Hosted by Steven Frick
Carolina's Medical Center
Charlotte, North Carolina
September 27, 2010

**Mehlman CT.** – Visiting Professor
The Consequences of Crooked and the Story on Stiffness:
Forearm Shaft Fractures in Children
Richard E. Lindseth Lectureship
Indiana University School of Medicine
Indianapolis, Indiana
November 21, 2008

**Mehlman CT**. – Visiting Professor
CORE System, Orthopedic RPAC Educational Day program
Ohio University College of Osteopathic Medicine
"Fractures/Dislocated Hip & Fractures of the Knee"
Toledo, Ohio
May 9, 2008

**Mehlman CT**.
"China Orthopaedic Trip"
"Fracture of the Shaft: Forearm"
"Fracture of the Shaft: Femur"
Michigan State University
Troy, Michigan
November 8, 2006

**Mehlman CT**. – Visiting Professor
"Neonatal Brachial Plexus Injury: You've Come a Long Way Baby"
Southern Illinois University School of Medicine – Hosted by Keith Gabriel
Springfield, Illinois
June 13, 2005

**Mehlman CT**. – Visiting Professor
"Idiopathic Scoliosis – An Evidence Based Approach"
"Congenital and Neuromuscular Scoliosis"
"Spondylolisthesis in Children and Adolescents"
Ohio University College of Osteopathic Medicine/CORE
Dayton, Ohio
February 13,2004

**Mehlman CT**. – Visiting Professor
"Complex Fracture of Pediatric Shoulder and Elbow" and
"Pediatric Shoulder: Sports Injury"
Ohio University College of Osteopathic Medicine/CORE
Columbus, Ohio
December 12, 2003

**Mehlman CT**.
"Scoliosis: An Update for Those in the Trenches"
Tucson Osteopathic Medical Foundation
Tucson, Arizona
March 8, 2003

**Mehlman CT**. – Visiting Professor
"Stephen J. Bertisch Memorial Lecture: Shoulder & Elbow
Problems in the Pediatric Athlete"
6th Annual What's New in Pediatric Orthopaedics
Albany Medical College, Division of Orthopedic Surgery
Albany, New York
October 31, 2003

**Mehlman CT**.
"Common Foot Deformities in Children" and
"Management of Femoral Shaft Fractures in Children"
Illinois Osteo Society
Chicago, Illinois
December 7, 2002

**Mehlman CT**.
"Common shoulder injuries in children and adolescents" and
"Pediatric Foot and Ankle Injuries- the good, the bad, and
the ugly"
Ohio University College of Osteopathic Medicine/CORE
Emergency Medicine RPAC Educational Day
Columbus, Ohio
November 13, 2002

**Mehlman CT**.
"Spondylolysis & Spondylolisthesis: The Low Tech
Approach"
Orthopedic RPAC Educational Day
Ohio State U, Dept. of Orthopaedic Surgery
Columbus, Ohio
September 9, 2000

**Mehlman CT**. – Visiting Professor
Scoliosis: An Overview
Spondylolysis and Spondylolisthesis in Children
COGMET
Michigan State University College of Osteopathic Medicine
Deptarment. of Orthopaedic Surgery
East Lansing, Michigan
December 8, 1999

**Mehlman CT**.
"Femoral Shaft Fractures in Children: Options and Outcomes"
Grand Rounds
University of Louisville
Louisville, Kentucky
February 17, 1998

**Mehlman CT**. - Visiting Professor
Clinical Effectiveness vs Clinical Defectiveness: What is Orthopaedic Outcomes Research All About?
Wright State University
Department of Orthopaedics
Dayton, Ohio
April 30, 1997

**Mehlman CT**. - OU-COM, Visiting Professor
"Pediatric Elbow Fxs: The Good, Bad, & Ugly".
Orthopaedic Surgery Residency CORE meeting
Columbus, Ohio
January 10, 1997

**Mehlman CT**.- OU-COM, Visiting Professor
"Forearm Fractures in Children."
Orthopaedic Surgery Residency CORE Meeting
Columbus, Ohio
January 10, 1997

NATIONAL COMMITTEES/ NATIONAL TASK FORCES

Pediatric Trauma Society Membership Committee 2015



American Academy of Orthopaedic Surgeons (AAOS)
Council of Musculoskeletal Specialty Societies
Board of Specialty Societies
June 2011 – Current



American Orthopaedic Association
CORD Web/Communications Committee
August 2011 – Current



American College of Surgeons
NSQIP Peds Committee
December 2010 – Current



American Academy of Orthopaedic Surgeons (AAOS)
 Guideline on Pediatric Diaphyseal Femur Fractures Task
Force (16 members) Chairperson – Mininder S. Kocher, MD,
MPH
Member - March 2008 – June 2009



Scoliosis Research Society
Global Outreach Committee, Chair – August 2008 - Current
Long Range Planning Committee, Member – August 2008 –
Current
Awards & Scholarship Committee, Member – August 2008 –
Current
Worldwide Course Committee, Member – August 2008 –
Current



Pediatric Orthopaedic Society of North America (POSNA)
Bylaws Committee, Member – August 2008 - Current



Ohio University College of Osteopathic Medicine Alumni
Board – November 2006 - Current



American Osteopathic Academy of Orthopedics Board of
Directors – August 2008 – October 2011



U.S. News and World Report Pediatric Orthopedic (focus
on surgery) Expert Panel



**AO/ASIF AND OTA TRAUMA CONTINUING MEDICAL EDUCATION**

OTA Comprehensive Fracture Course For Residents 2.0
04/16/14 – 04/19/14 Pediatric Trauma Faculty Member
Lombard, Illinois



OTA Comprehensive Fracture Course For Residents 2.0
04/10/13 – 04/10/13 Pediatric Trauma Faculty Member
Lombard, Illinois



OTA Comprehensive Fracture Course For Residents 2.0
04/25/12 – 04/28/12 Pediatric Trauma Faculty Member
Lombard, Illinois



OTA Comprehensive Fracture Course For Residents 2.0
04/28/11 – 04/30/11, Pediatric Trauma Faculty Member
Schaumberg, Illinois



AO Principles of Fracture Management Course, Minneapolis, MN
8/19/04 – 8/22/04, Faculty Member



AO Basic Operating Room Personnel Course, Cincinnati, OH
4/20/04 – 4/21/04 Co-Chair/Presenter



AO North America Orthopaedic Faculty   1/10/2003 – Present
AO Basic Operating Room Personnel Course, Dayton, OH
4/26/2002 Course #02C2010 Faculty Member



AO Basic & Advanced Operating Room Personnel Course,
Cincinnati, OH  11/20/1998 Course # 98C5062, Faculty Member



AO Advanced Course, Sun Valley, ID 3/26/1995 #95C0902
North American AO Center, Orthopaedic Trauma Services
4/1994-6/1994
Tampa General Hospital, Tampa, FL



AO Basic Course, Toronto Basic & Advanced Course, ON
2/1/1992 #92CAN01



North American AO Center, Orthopaedic Trauma Services,
September, 1990 Tampa General Hospital, Tampa, FL



JOURNAL EDITORIAL SERVICE

Associate Board Member
Journal of Orthopaedic Trauma
2003 – 2016

Pediatric Section Editor
Journal of Orthoaedic Trauma
2017 - present



International Editorial Board Member
Journal of Children's Orthopaedics 2007 – present



Associate Board Member
The Spine Journal: Official Journal of the North American
Spine Society
2002 - present



Member, Editorial Review Board
Orthopaedic Surgery for eMedicine
2001 – present



Editorial Board
Journal of Pediatric Orthopedics
2015-present

Consultant Reviewer
Journal of Pediatric Orthopedics
2001 – 2015



Member, Manuscript Review Board – Lippincott Raven,
The Journal of Trauma
1998 – present



Member, Manuscript Review Board
Journal of Joint and Bone Surgery



Vice-Chairman, Editorial Review Board
The Orthopod:  The Journal of the American Osteopathic
Academy of Orthopaedics
1998 – 2011



PEER
REVIEWED
PUBLICATIONS

144 Wacker EM, Denning, JR, **Mehlman CT**, Pediatric Proximal Radial Shaft Fractures Treated Nonoperatively Fail to Maintain Acceptable Reduction up to 70% of the Time. J Pediatr Orthop 2019 Oct;33(10):e378-e384

143 Hariharan AR, Ho C, Bauer A, **Mehlman CT**, Sponseller PD, O'Hara N, Elliott M, Abzug JM Transphyseal Humeral Separations: What Can We Learn? A Retrospective, Multicenter Review of Surgically Treated Patients Over a 25-Year Period. J Pediatr Orthop 12 Sep 2019 Epub ahead of print

142  Hughes M, Dua K, O'Hara NN, Brighton BK, Ganley TJ, Hennrikus WL, Herman MJ, Hyman JE, Lawrence JT, **Mehlman CT**, (. .) Abzug JM. Variation Among Pediatric Orthopaedic Surgeons When Treating Medial Epicondyle Fractures. J Pediatr Orthop 2019 Sep;39(8):e592-e596

141  **Mehlman CT**, Hennrikus WL, The Community Orthopedic Surgeon Taking Trauma Call: Pediatric Distal Radius and Ulna Fracture Pearls and Pitfalls. J Orthop Trauma, 2019 Aug;33 Suppl 8:S6-S11

140  Gibly RF, Garg S, **Mehlman CT**, The Community Orthopaedic Surgeon Taking Trauma Call: Radial Neck Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S17-S21

139  Vargas-Vila MA, **Mehlman CT**, Pennock AT. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Midshaft Clavicle Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S1-S5

138  Denning JR, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Foot Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S27-S32

137  Sankar WN, **Mehlman CT**, The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Femoral Neck Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S22-S26

136  Ho CA, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Lateral Humeral Condyle Fracture Pearls and Pitfalls. J Orthop Trauma. 2019 Aug;33 Suppl 8:S12-S16

135  **Mehlman CT**, Pearls and Pitfalls in Pediatric Orthopaedic Trauma: The Community Orthopaedic Surgeon Taking Trauma Call (PART 2). J Orthop Trauma. 2019 Aug;33 Suppl

134  Dua K, Stein MK, O'Hara NN, Brighton B K, Hennrikus WL, Herman, Lawerence T, **Mehlman CT**, (..) Variation Among Pediatric Orthopaedic Surgeons When Diagnosing and Treating Pediatric and Adolescent Distal Radius Fractures. J Pediatr Orthop, 2019 Jul;39(6):306-313

133 Teixeira da Silva JA, Dobránszki J, Bhar RH, **Mehlman CT**. Editors Should Declare Conflicts of Interest. J Bioeth Inq. 2019 Jun;16(2):279-298

132 Binkley A, **Mehlman CT** Freeh E Salter-Harris II Ankle Fractures in Children: Does Fracture Pattern Matter? J Orthop Trauma 2019 May 21. Epub ahead of print

131 **Mehlman CT**, Denning JR, McCarthy JJ, Fisher ML. Infantile Supracondylar Humeral Fractures (Patients Less Than Two Years of Age): Twice as Common in Females and a High Rate of Malunion with Lateral Column-Only Fixation, J Bone Joint Surg Am. 2019 Jan 2;101(1):25-34

130 Louden E, Marcotte M, **Mehlman CT**, Lippert W, Huang B, Paulson A; Risk Factors for Brachial Plexus Birth Injury Children March 2018 Mar 29;5(4). pii: E46

129 **Mehlman CT**. Pearls and Pitfalls in Pediatric Orthopaedic Trauma: The Community Orthopaedic Surgeon Taking Trauma Call. J Orthop Trauma 2017, 31 Suppl 6

128 Abzug JM, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Phalangeal Fracture Pearls and Pitfalls. J Orthop Trauma, 31 Suppl 6 2017, S1-S5

127 Herman MJ, Simon M, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Forearm Shaft Fracture Pearls and Pitfalls. J Orthop Trauma, 31 Suppl 6 2017 S6-S10

126 Frick SL, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Supracondylar Humeral Fracture Pearls and Pitfalls. J Orthop Trauma 2017, 31 Suppl 6, S11-S15

125 Gordon JE, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Femoral Shaft Fracture Pearls and Pitfalls. J Orthop Trauma 2017, 31 Suppl 6, S16-S21

124 Lovejoy SA, **Mehlman CT**. The Community Orthopaedic Surgeon Taking Trauma Call: Pediatric Tibia Fracture Pearls and Pitfalls. J Orthop Trauma, 31 Suppl 6 2017, S22-S26

123  Parikh SN, **Mehlman CT**. The Community Orthopaedic
     Surgeon Taking Trauma Call: Pediatric Ankle Fracture
     Pearls and Pitfalls. J Orthop Trauma 2017, 31 Suppl 6 S27-
     S31

122  **Mehlman CT**, Okike K, Bhandari M, Kocher MS. Potential
     Financial Conflict of Interest Among Physician
     Editorial Board Members of Orthopaedic Surgery Journals
     J Bone Joint Surg Am March 2017, 99(5) e19

121  Tan E, **Mehlman CT**, Baker M. Benign Osteolytic Lesions in
     Children with Previously Normal Radiographs. J Pediatr
     Orthop 2016; 37(4), E282-E285

120  Murphy HA, Jain VV, Parikh SN, Wall EJ, Cornwall R,
     **Mehlman CT**. Extensor Tendon Injury Associated ith
     Dorsal Entry Flexible Nailing of Radial Shaft Fractures in
     Children: A report of 5 New Cases and Review of the
     Literature. J Pediatr Orthop 2016 ePub ahead of print

119  Agabegi SS, Kazemi N, Sturm PF, **Mehlman CT**. Natural
     History of Adolescent Idiopathic Scoliosis in Skeletally
     Mature Patients: A Critical Review.  J Am Acad Orthop
     Surg. 2015 Oct 28; 23(12), 714-723

118  **Mehlman CT**, Ain MC.  Evaluation of the Child with Short
     Stature.  Orthop Clin North Am. 2015 Oct;46(4):523-31.

117  Eismann EA, Stephan ZA, **Mehlman CT**, Denning J,
     Mehlman T, Parikh SN, Tamai J, Zbojniewicz A. Pediatric
     Triplane Ankle Fractures: Impact of Radiographs and
     Computed Tomography on Fracture Classification and
     Treatment Planning. J Bone Joint Surg Am. 2015 Jun
     17;97(12):995-1002.

116  Louden E, Allgier A, Overton M, Welge J, **Mehlman CT**.
     The impact of pediatric brachial plexus injury on families.
     J Hand Surg Am. 2015 Jun;40(6):1190-5

115  Trout AT, Sharp SE, Anton CG, Gelfand MJ, **Mehlman CT**.
     Spondylolysis and Beyond: Value of SPECT/CT in Evaluation
     of Low Back Pain in Children and Young Adults.
     Radiographics. 2015 May-Jun;35(3):819-34

114  Hyman JE, Trupia EP, Wright ML, Matsumoto H, Jo CH, Mulpuri K, Joseph B, Kim HK, Casey VF, Castaneda P, Choi PD, De Barros FF, Gilbert SR, Gourineni PV, Hennessey TA, Herring JA, Janicki JA, Kelly DM, Kessler JI, Larson AN, & 19 others, **Mehlman CT** & 9 others International Perthes Study Group Members . Interobserver and intraobserver reliability of the modified Waldenström classification system for staging of Legg-Calvé-Perthes disease. J Bone Joint Surg Am. 2015 Apr 15;97(8):643-650

113  Michaud LJ, Louden EJ, Lippert WC, Allgier AJ, Foad SL, **Mehlman CT**. Use of botulinum toxin type A in the Management of neonatal brachial plexus palsy. PM&R 6(12):1107-1119 01 Dec 2014.

112  Masnovi ME, **Mehlman CT**, Eismann EA, Matey DA. Pediatric refracture rates following angulated and displaced clavicle shaft fractures. J Orthop Trauma. 2014 Apr 15 Epub ahead of print

111  Ghattas PJ, **Mehlman CT**, Eichten D. Treatment of postoperative infection after posterior spinal fusion and instrumentation in a patient with neuromuscular scoliosis. Am J Orthop. 2014 Feb;43(2):89-92.

110  Parikh SN, Lykissas MG, **Mehlman CT**, Sands S, Herrera-Soto J, Panchal A, Crawford AH. Convergent and divergent dislocation of the pediatric elbow: two case reports and comprehensive review of literature. J Pediatr Orthop B. 2014 March;23(2):158-167.

109  Louden EJ, Broering CA, **Mehlman CT**, Lippert WC, Pratt J, King EC. Meta-analysis of function after secondary shoulder surgery in neonatal brachial plexus palsy. J Pediatr Orthop. 2013 Sep;33(6):656-63.

108  Post JM, Switzer KD, Brown DK, Meinzen-Derr J, Dively J,
  *   Dunkin BS, **Mehlman CT**. Cast saw noise does not reach occupational hazard levels. J Pediatr Orthop. 2013 Jun;33(5):580-4.

107  Klein G, Hussain N, Sprague S, **Mehlman CT**, Dogbey G, Bhandari M. Characteristics of highly successful orthopedic surgeons: a survey of orthopedic chairs and editors. Can J Surg. 2013;56(3):192-8.

106 Daugherty MC, **Mehlman CT**, Moody S, Lemaster T, Falcone RA, Jr. Significant rate of misuse of the hare traction splint for children with femoral shaft fractures. Journal of emergency nursing: JEN : official publication of the Emergency Department Nurses Association 2013;39:97-103.

105 Cates, R, **Mehlman CT**.
Growth Arrest of the Capitellar Physis After Displaced Lateral Condyle Fractures in Children
Journal of Pediatric Orthopaedics:
December 2012 - Volume 32 - Issue 8 - p e57–e62

104 Parikh SN, Jain VV, Denning JR, Tamai JT, **Mehlman CT**, McCarthy JJ, Wall EJ, Crawford AH; Complications of Elastic Stable Intramedullary Nailing in Pediatric Fracture Management AAOS Exhibit Selection. The Journal of Bone & Joint Surgery. 2012 Dec;94(24):e184 1-14.

103 **Mehlman CT**, Shepherd MA, Norris CS, McCourt JB. Diagnosis and treatment of osteopenic fractures in children.  Curr Osteoporos Rep. 2012 Dec;10(4):317-21

102 Okike K, Liu B, Lin YB, Torpey JL, Kocher MS, **Mehlman CT**, et al. The orthopedic gender gap: trends in authorship and editorial board representation over the past 4 decades. Am J Orthop (Belle Mead NJ). 2012;41(7):304-10.

101 Okike K, Kocher MS, Nwachukwu BU, **Mehlman CT**, Heckman JD, Bhandari M. The fate of manuscripts rejected by the Journal of Bone and Joint Surgery (American Volume). J Bone Joint Surg Am. 2012;94(17):e1301-9.

100 Nguyen NA, Klein G, Dogbey G, McCourt JB, **Mehlman CT**. Operative versus nonoperative treatments for legg-calve-perthes disease: a meta-analysis. J Pediatr Orthop. 2012;32(7):697-705.

 99 **Mehlman CT**, Shepherd MA, Norris CS, McCourt JB. Diagnosis and Treatment of Osteopenic Fractures in Children. Current osteoporosis reports. 2012.

 98 **Mehlman CT**, Howard AW. Medial epicondyle fractures in children: clinical decision making in the face of uncertainty. J Pediatr Orthop. 2012;32 Suppl 2:S135-42.

97  Pierce TR, **Mehlman CT**, Tamai J, Skaggs DL. Access to care for the adolescent anterior cruciate ligament patient with Medicaid versus private insurance. J Pediatr Orthop. 2012;32(3):245-8.

96  Lippert WC, Miller MA, Lippert AM, **Mehlman CT**. Documentation of postoperative pain in the neonatal brachial plexus palsy population. Journal of clinical nursing. 2012;21(9-10):1263-73.

95  Lippert WC, **Mehlman CT**, Cornwall R, Foad MB, Laor T, Anton CG, et al. The intrarater and interrater reliability of glenoid version and glenohumeral subluxation measurements in neonatal brachial plexus palsy. J Pediatr Orthop. 2012;32(4):378-84.

94  Howard A, Mulpuri K, Abel MF, Braun S, Bueche M, Epps H, **Mehlman CT**, et al. The treatment of pediatric supracondylar humerus fractures. J Am Acad Orthop Surg. 2012;20(5):320-7.

93  Kunkel S, Cornwall R, Little K, Jain V, **Mehlman C**, Tamai J. Limitations of the radiocapitellar line for assessment of pediatric elbow radiographs. J Pediatr Orthop. 2011;31(6):628-32.

92  Talbert RJ, Michaud LJ, **Mehlman CT**, Kinnett DG, Laor T, Foad SL, et al. EMG and MRI are independently related to shoulder external rotation function in neonatal brachial plexus palsy. J Pediatr Orthop. 2011;31(2):194-204.

91  Roach JW, **Mehlman CT**, Sanders JO. "Does the outcome of adolescent idiopathic scoliosis surgery justify the rising cost of the procedures?". J Pediatr Orthop. 2011;31(1 Suppl):S77-80.

90  Passanise AM, **Mehlman CT**, Wall EJ, Dieterle JP. Radiographic evidence of regression of a solitary osteochondroma: a report of 4 cases and a literature review. J Pediatr Orthop. 2011;31(3):312-6.

89  Parikh SN, Wells L, **Mehlman CT**, Scherl SA. Management of fractures in adolescents. Instructional course lectures. 2011;60:397-411.

88  McCarthy JJ, Armstrong DG, Davey JP, Epps HR, Gerardi JA, Kanel JS, **Mehlman CT**, Roach JW, Schwend RM, Smith BG, Ward WT. The current medical practice of the pediatric orthopaedic surgeon in North America. J Pediatr Orthop. 2011;31(3):223-6.

87  Okike K, Kocher MS, Torpey JL, Nwachukwu BU, **Mehlman CT**, Bhandari M. Level of evidence and conflict of interest disclosure associated with higher citation rates in orthopedics. J Clin Epidemiol. 2011;64(3):331-8.

86  **Mehlman CT**, DeVoe WB, Lippert WC, Michaud LJ, Allgier AJ, Foad SL. Arthroscopically assisted Sever-L'Episcopo procedure improves clinical and radiographic outcomes in neonatal brachial plexus palsy patients. J Pediatr Orthop. 2011;31(3):341-51.

85  Talbert RJ, Michaud LJ, **Mehlman CT**, Kinnett DG, Laor T, Foad SL, Schnell B, Salisbury S.  EMG and MRI are Independently Related to Shoulder External Rotation Function in Neonatal Brachial Plexus Palsy. J Pediatr Orthop 2011 March 31 (2) 194-204.

84  Roach JW, **Mehlman CT**, Sanders JO. Does the Outcome of Adolescent Idiopathic Scoliosis Surgery Justify the Rising Cost of the Procedures? J Pediatr Orthop 2011 Jan/Feb 31 (1) S77-S80.

83  Bowman EN, **Mehlman CT**, Lindsell CJ, Tamai J. Nonoperative treatment of both-bone forearm shaft fractures in children: predictors of early radiographic failure. J Pediatr Orthop. 2011;31(1):23-32. PMID: PMC3073825.

82  Gammon SR., **Mehlman CT**, Winston C, Heifetz J, Durrett G, Wall EJ. A Comparison of Thoracolumbosacral Orthoses and SpineCor Treatment of Adolescent Idiopathic Scoliosis Patients Using the Scoliosis Research Society Standardized Criteria. J Pediatr Orthop. 2010 Sept 30 (6): 531-538.

81  Bigelow TL, **Mehlman CT**. Plica Syndrome. eMedicine from WebMD.  Updated September 21, 2010.  Available at: (www.eMedine.com) article/1252011 overview.

80  White L, **Mehlman CT**, Crawford AH. Perfused, Pulseless, and Puzzling:  A Systematic Review of Vascular Injuries in Pediatric Supracondylar Humerus Fractures and Results of POSNA Questionnaire.  J Pediatr Orthop. 2010 June 30 (4): 328-335.

79  Babal JC, **Mehlman CT**, Klein G. Nerve Injuries Associated with Pediatric Supracondylar Humeral Fractures:  A Meta-Analysis. J Pediatr Orthop 2010 Apr/May 30(3):253263.

78  McGraw MA, **Mehlman CT**, Lindsell CJ, Kirby CL. Postnatal Growth of the Clavicle: Birth to Eighteen Years of Age.  J Pediatr Orthop. 2009 Dec 29 (8):937-43.

77  Librodo G, **Mehlman CT**. Osteoid Osteoma. eMedicine from WebMD.  Updated April 23, 2010. (www.eMedicine.com)

76  **Mehlman CT**. Unicameral Bone Cyst. eMedicine from WebMD, Vol. 3, No. 2, February 19, 2002, updated April 27, 2010. (www.eMedicine.com)

75  Kocher MS, Sink EL, Blasier RD, Luhmann SJ, **Mehlman CT**, Scher DM, Matheney T, Sanders JO.  AAOS Guideline on the Treatment of Pediatric Diaphyseal Femur Fractures.  J Bone Joint Surg Am. 2010; 92:1790-2.

74  Kocher MS, Sink EL, Blasier RD, Luhmann SJ, **Mehlman CT** et al. Treatment of pediatric diaphyseal femur fractures. J Am Acad Orthop Surg. 2009 Nov; 17(11):718-25.

73  Okike K, Kocher MS, Wei EX, **Mehlman CT**, Bhandari M. Accuracy of conflict-of-interest disclosures reported by physicians.  N Engl J Med. 2009 Oct 8;361(15):1466-74

72  **Mehlman CT**. Neonatal Brachial Plexus Palsy: Modern Concepts Regarding Evaluation and Treatment in Infants and Children. The Orthopod. Spring 2009:24-26.

71  McCarty MD, **Mehlman CT**, Tamai J, Do TT, Crawford AH, Klein G. Spondylolisthesis: Intraobserver and Interobserver Reliability with Regard to the Measurement of Slip Percentage.  J Pediatr Orthop 2009 Oct; 29(7):755-759.

70  Basener CJ, **Mehlman CT**, DiPasquale TG. Growth disturbance after distal femoral growth plate fractures in children: a meta-analysis. J Orthop Trauma. 2009 Oct; 23(9):663-7.

69  Klein G, **Mehlman CT**, McCarty M. Nonoperative treatment of spondylolysis and grade I spondylolisthesis in children and young adults: a meta-analysis of observational studies. J Pediatr Orthop. 2009 Mar; 29(2):146-56.

68  Okike K, Kocher MS, **Mehlman CT**, Heckman JD, Bhandari M. Nonscientific factors associated with acceptance for publication in The Journal of Bone and Joint Surgery (American Volume). J Bone Joint Surg Am. 2008 Nov; 90(11):2432-7.

67  **Mehlman CT**. Management on Low Back Pain in Pediatric Athletes: Look Out For Spondylolysis. J Am Osteo Acad Orthop 2008; 45:27-30.

66  Schmitt C, **Mehlman CT**, Meiss L. Hyphenated History: Erb-Duchenne Brachial Plexus Palsy. Am J Orthop. 2008;37(7): 356-358.

65  Shea KG, Scanlan KJ, Nilsson KJ, Wilson B, **Mehlman CT**. Interstate Variability of the Statute of Limitations for Medical Liability. J Pediatr Orthop 2008; 28:370-374.

64  Wall EJ, Jain V, Vora V, **Mehlman CT**, Crawford AH. Complications of titanium and stainless steel elastic nail fixation of pediatric femoral fractures. J Bone Joint Surg Am. 2008 June;90(6):1305-13.

63  Foad SL, **Mehlman CT**, Ying J. The Epidemiology of neonatal brachial plexus palsy in the United States. J Bone Joint Surg Am. June;90(6):1258-64.

62  **Mehlman CT**, Koepplinger ME. Hyphenated history: the Sever-L'Episcopo procedure. J Pediatr Orhop. 2007 Jul-Aug;27(5):533-6.

61  **Mehlman CT**, Bishai SK. Tibial nails for femoral shaft fractures in large adolescents with open femoral physes. J Trauma. 2007 Aug;63(2):424-8.

60  Okike K, Kocher MS, **Mehlman CT**, Bhandari M. Industry-sponsored research. Injury. 2008 Jun;39(6):666-80.

59  Okike K, Kocher MS, **Mehlman CT**, Heckman JD, Bhandari M.  Publication bias in orthopaedic research: an analysis of scientific factors associated with publication in the Journal of Bone and Joint Surgery (American Volume). JBJS Am 2008; 90:595-601.

58  Okike K, Kocher MS, **Mehlman CT**, Bhandari M. Conflict of interest in orthopaedic research. An association between findings and funding in scientific presentations.  J Bone Joint Surg Am. Mar; 89(3):608-12, 2007.

57  Srivastava AK, **Mehlman CT**, Wall EJ, Do TT. Elastic stable intramedullary nailing of tibial shaft fractures in children. J Pediatr Orthop. 2008 Mar;28(2):152-8.

56  **Mehlman CT**, Nemeth NM, Glos DL. Antegrade versus retrograde titanium elastic nail fixation of pediatric distal-third femoral-shaft fractures: a mechanical study.  J Orthop Trauma, Oct;20(9):608-12.

55  **Mehlman CT**, Shah SA, Dobbs MB, Chan DP. 2005 Scoliosis Research Society Asian Traveling Fellowship: report to the Education Committee. Spine. 2006 Sep 15;31(20):2288.

54  **Mehlman CT**, Wenger DR. The top 25 at 25: citation classics in the Journal of Pediatric Orthopaedics. J Pediatr Orthop. 2006 Sep-Oct;26(5):691-4.

53  Shinde A, **Mehlman CT**, Collins MH. Aneurysmal bone cysts express vascular markers. Pediatr Dev Pathol. 2006 Jan-Feb;9(1):38-43. Epub 2006 Apr 4.

52  Moon ES, **Mehlman CT**. Risk factors for avascular necrosis after femoral neck fractures in children:  25 Cincinnati cases and meta-analysis of 360 cases. J Orthop Trauma. 2006 May;20(5):323-9.

51  VanderBeek BL, **Mehlman CT**, Foad SL, Wall EJ, Crawford AH. The use of conscious sedation for pain control during forearm fracture reduction in children: does race matter? J Pediatr Orthop. 2006 Jan-Feb;26(1):53-7.

50  West DL, **Mehlman CT**. Medial Epicondylar Apophysitis: A Component of Little Leaguers Elbow.  J Am Osteo Acad Orthop 2005; 42:40-43.

49  Balasa VV, Gruppo RA, Glueck CJ, Wang P, Roy DR, Wall EJ, **Mehlman CT**, Crawford AH. Legg-Calve-Perthes disease and thrombophilia. J Bone Joint Surg Am. 2004 Dec; 86-A (12):2642-7.

48  **Mehlman CT**, Al-Sayyad MJ, Crawford AH. Effectiveness of spinal Release and Halo-Femoral Traction in the Management of Severe Spinal Deformity. J Pediatr Orthop. 2004 Nov-Dec;24(6):667 – 673.

47  Paksima N, Panchal A, Posner MA, Green SM, **Mehlman CT**,Hiebert R.  A Meta-Analysis of the Literature on Distal Radius Fractures: Review of 615 Articles. Hosp for Joint Diseases 62(1&2): 40-46, 2004.

46  Lucas JC, **Mehlman CT**, Laor T. The Location of the Biceps Tendon in Completely Displaced Proximal Humerus Fractures in Children: A Report of Four Cases with Magnetic Resonance Imaging and Cadaveric Correlation. J Pediatr Orthop 2004; 24(3): 249-253.

45  Deitch J, **Mehlman CT**, Foad SL, Obbehat A, Mallory M. Traumatic Anterior Shoulder Dislocation in Adolescents. Am Journl Sports Med. 2003 Sep-Oct; 31(5): 758-763.

44  **Mehlman CT**, Lee TM. Hyphenated History: Park-Harris Growth Arrest Lines. Am J Orthop. 32(8):408-411, 2003.

43  Dunham RC, **Mehlman CT**, Foad SL. Anterior Knee Pain in Children & Adolescents: Evaluation and Treatment of Plica Syndrome. J Am Osteo Acad Orthop 40:29-35, 2003.

42  **Mehlman CT**, Farmer JA. Teaching Orthopaedics on the Run:  Tell Me the Story Backward.  Clin Orthop. (413):303-308, 2003.

41  Parikh SN, **Mehlman CT**, Keith RW. A Third-Degree Burn Caused By a Neurogenic Motor-Evoked Potential Monitoring Electrode During Spinal Surgery: A Case Report. Spine 2003; 28(1):E21-24.

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*        *Curriculum Vitae Continued*

40  Do TT, Strub WM, Foad SL, **Mehlman CT**, Crawford AH. Reduction versus remodeling in pediatric distal forearm fractures: a preliminary cost analysis. J Pediatr Orthop 2003; 12(2):109-115.

39  Sop AL, **Mehlman CT**, Meiss L. Hyphenated History: The Böhler-Braun Frame. J Orthop Trauma 2003; 17(3):217-221.

38  **Mehlman CT**, Tressler MA. Hyphenated History: The Shands-MacEwen Osteotomy. J Am Acad Orthop 2003; 40:38-41.

37  Melton NM, **Mehlman CT**. Hyphenated History: A Case Report of CVT with Spontaneous Resolution. J Am Acad Orthop 2003; 40:46-48.

36  Nematbakhsh A, **Mehlman CT**, Crawford AH, Berlin RE. Spinal Deformity in Association with Carbohydrate-Deficient Syndrome (Jaeken's Syndrome): A Report of Three Cases.  Spine 2003; 28(7):E132-135.

35  Nowinski RJ, **Mehlman CT**. Posterior Glenohumeral Instability, eMedicine  Orthopaedics December 30, 2002 (www.eMedicine.com)

34  Herra-Sota J, **Mehlman CT**. Spinal Muscle Atrophy, eMedicine Orthopaedics December 30, 2002 (www.eMedicine.com)

33  **Mehlman CT**, Shepherd MA. Pediatric foot deformities: advances in evaluation and management.  Curr Opin Orthop 2002; 13(6): 401-407.

32  Buechsenschuetz KE, **Mehlman CT**, Shaw KJ, Crawford, AH, Immerman EB. Femoral Shaft Fractures in Children: Traction and Casting versus Elastic Stable Intramedullary Nailing. J TRAUMA 2002; 53(5): 914-921.

31  Brown RL, Koepplinger ME, **Mehlman CT**, Gittelman M, Garcia VF,:  All-Terrain Vehicle and Bicycle Crashes in Children: Epidemiology and Comparison of Injury Severity. J Pediatr Surg. 2002 37(3):375-80.

30  Wall EJ, Kolata R, Roy DR, **Mehlman CT**, Crawford AH. Endoscopic Pelvic Osteotomy for the Treatment of Hip Dysplasia.  J Am Acad Orthop Surg 2001; 9(3): 150-156.

29  Humbert ET, **Mehlman CT**, Crawford AH. Two Cases of Osteochondroma Recurrence After Surgical Resection. Am J Orthop 30(1):62-64, 2001.

28  **Mehlman CT**, Cripe T. Osteosarcoma. eMedicine from WebMD, Vol. 3, No.2, February 26, 2002, updated April 23, 2010 (www.eMedicine.com)

27  **Mehlman CT**, Strub WM, Roy DR, Wall EJ, Crawford AH: The Effect of Surgical Timing on the Perioperative Complications of Treatment of Supracondylar Humeral Fractures in Children.  JBJS 2001; 83-A (3):323-327.

26  Laor T, Roy DR, **Mehlman CT**. Limited Magnetic Resonance Imaging Examination After Surgical Reduction of Developmental Dysplasia of the Hip. J Pediatr Orthop 20:572-74, 2000.

25  **Mehlman CT**, Schwegmann JP. Hyphenated-History: Knight-Taylor Spinal Orthosis. Am J Orthop 29(6):479-483, 2000.

24  **Mehlman CT**, Hubbard GW, Crawford AH, et al. Traumatic Hip Dislocation in Children: Long-Term Follow-up of 42 Patients. Clin Orthop Rel Res 376:68-79, 2000.

23  **Mehlman CT**, Scott KA, Koch B. L., Garcia C. F. Orthopaedic Injuries In Children Secondary to Airbag Deployment. J Bone Joint Surg 82-A (6):895-898, 2000.

22  **Mehlman CT**, Meiss L, DiPasquale TG. Hyphenated-History: the Kocher-Langenbeck surgical approach. J Orthop Trauma 2000 Jan;14 (1):60-64

21  Crawford AH, **Mehlman CT**, Slovek RW. The Fate of Untreated Developmental Dislocation of the Hip: Long-Term Follow-Up on Eleven Patients. J of Pediatr Orthop 1999; 19(5):641-644.

20  **Mehlman CT**, Crawford AH, McMath J. Pediatric Vertebral and Spinal Cord Tumors. Orthopedics 1999; 21(1):49-55.

19 Nowinski R, **Mehlman CT**. Hyphenated-History: Osgood-Schlatter Disease. Am Journal of Orthopedics 1998; 584-585.

18 **Mehlman CT**, Rubinstein JH, Roy DR. Instability of the Patellofemoral joint in Rubinstein-Taybi Syndrome. J Pediatr Orthop 1998; 18:508-511.

17 **Mehlman CT**. Difficult Fractures About the Wrist in Children. J Am Osteo Acad Orthop 1998; 35:52.

16 **Mehlman CT**, Crawford AH. Hyphenated-History: The Phelps-Baker Test. Am J Orthop 1997; 12:871-873.

15 **Mehlman CT**, Araghi A, Roy DR. Hyphenated-History: The Hueter-Volkmann Law. Am J Orthop 1997; 26:798-800.

14 **Mehlman CT**, Crawford AH. Hyphenated-History: The Boyd-Syme Amputation. J Am Osteo Acad Orthop 1997; 34: 36-39.

13 **Mehlman CT**, DiPasquale TG. Radiation Exposure To The Orthopaedic Surgical Team: How Far Away Is Far Enough? J Orthop Trauma 1997; 11:392-398.

12 **Mehlman CT**, Crawford AH, McMillion TL, Roy DR. Operative treatment of Supracondylar Fractures of the Humerus in Children: The Cincinnati Experience. Acta Orthop Belg 1996; 62:41-50.

11 **Mehlman CT**, Crawford AH, Wolf RK. Video-Assisted Thoracoscopic Surgery: Endoscopic Thoracoplasty Technique. Spine 1997; 22:2178-2182.

10 **Mehlman CT**, Young EC. Avulsion of the Femoral Attachment of the Anterior Cruciate Ligament. J Am Osteo Acad Orthop 1997; 34:32-35.

9 **Mehlman CT**, Bamberger HB, Donahue WH. Distal Radius and Ulna Metaphyseal-diaphyseal Disruption: The D.R.U.M. Lesion. J Am Osteo Acad Orthop 1996; 33:39-42.

8 **Mehlman CT**, Roy DR. You Make The Diagnosis: Neuroblastoma. J Am Osteo Acad Orthop 1996; 33:7, 74.

7  **Mehlman CT**. Injuries to the Lateral Clavicle and A-C Joint: A Pediatric Perspective. J Am Osteo Acad Orthop. The Orthopod. Apr 1996: 33:82-83.

6  Pina EM, **Mehlman CT**. Rhabdomyolysis: A Primer for the Orthopedist. Ortho Rev [Am J Orthop] 1994:23:28-32.

5  DiCicco JD, **Mehlman CT**, Urse JS. Fracture of the Shaft of the Humerus Secondary to Muscular Violence. J Orthop Trauma 1993; 7:90-3.

4  **Mehlman CT**, Dickens DRV, Menelaus MB. Bilateral Hypoplastic Calcanei. J Pediatr Orthop 1991; 11:38-45.

3  **Mehlman CT**, Menelaus MB. Juxtaepiphyseal Pathological Fracture of the Proximal Femur Secondary to Metaphyseal Chondrodysplasia. J Pediatr Child Health 1990; 26:148-9.

2  **Mehlman CT**. Ankle Fracture: Common Mechanisms, Classifications, Complications. Athletic Training 1988; 23:110-3.

1  **Mehlman CT**, Zachary SV, Barre PS. Total Wrist Arthroplasty in the Rheumatoid Patient: A Clinical Review. Contemp Orthop 1988; 17:39-44.

BOOKS        **Mehlman CT**, That's Gotta Hurt: VOLUME 1
Tips & pointers from a Pediatric Orthopaedic Surgeon (and a Dad) on your child's sports injuries. Kindle Edition 2016



BOOK CHAPTERS    16  **Mehlman C T** Chapter 25 New Horizons in ACL Surgery. In: The Pediatric Anterior Cruciate Ligament. Parikh S. (eds) Springer, Cham Surgery 285-291. 01 Jan 2017



15  **Mehlman CT**, Chapter 27 Neonatal Brachial Plexus Palsy. In: The Pediatric Upper Extremity. Abzug J, Kozin S, Zlotolow D. Springer 589-605. 01 Jan 2015



14  **Mehlman CT**, Wall EJ. Diaphyseal Radius and Ulna Fractures. In: 8th edition of Rockwood and Wilkins' Fractures in Children. Flynn JM, Skaggs DL and Waters PM. Lippincott Williams & Wilkins. 2015, Chapter 12 pp 413-472



13  **Mehlman CT**, Spierre LZ, Thorogood, C. Rehabilitation of the Child with Multiple Injuries. Chapter 20 In: 5th edition Green's Skeletal Trauma in Children 2014. Mencio & Swiontowski. Elsevier 2014



12  **Mehlman CT**, Common Orthopaedic Foot Issues in the Pediatric Athlete. Chapter 12, Sports Injuries of the Foot. Philbin. Springer 2014



11  **Mehlman CT**, Crawford AH, Parikh, SN. Fractures and Dislocations of the Foot and Ankle. Chapter 17 In: 5th edition Green's Skeletal Trauma in Children. Mencio & Swiontowski. Elsevier 2014



10  **Mehlman CT**, Wall EJ. Injuries to the Shafts of the Radius and Ulna. In: 7th edition of Rockwood and Wilkins' Fractures in Children. JH Beaty and JR Kasser. Lippincott Williams & Wilkins. 2009, Chapter 10 pp 347-402



9  **Mehlman CT**, Wall EJ. Injuries to the Shafts of the Radius and Ulna. In: 6th edition of Rockwood and Wilkins' Fractures in Children. JH Beaty and JR Kasser. Lippincott Williams & Wilkins. 2008

8  **Mehlman CT**, Crawford AH. Pediatric Critical Care Medicine: Basic Science and Clinical Evidence: Orthopedic Trauma. Wheeler, Derek S.; Wong, Hector R; Shanley, Thomas P. (Eds.). Springer-Verlag London Limited Publishing; Section XII, Chapter 132, pp 1589-1597, 2007



7 **Mehlman CT**.  Pediatric Forearm Fractures. Operative Techniques in Orthopaedic Surgery textbook.  WB Saunders/Elsevier, 2010



6 **Mehlman CT**. Fractures and Dislocations of the Foot and Ankle. Green & Swiontkowski. Skeletal Trauma in Children, 4th edition 2009. WB Saunders/Elsevier



5 **Mehlman CT**, Michaud L, Pruitt DW, Spierre LZ. Rehabilitation of the Child with Multiple Injuries. Green & Swiontkowski. Skeletal Trauma in Children 4th edition, 2009. WB Sunders/Elsevier

4 **Mehlman CT**. Clinical Epidemiology. In: Orthopaedic Knowledge Update-7 American Academy of Orthopaedic Surgeons, AAOS Rosemont, Illinois. 9:79-83, 2002

3 Crawford AH, Roy DR, Wall EJ, **Mehlman CT**. Rudolph's Pediatrics, Twenty-First Edition. C Rudolph and A Rudolph. McGraw-Hill. New York. 2002/2003



2 Regan JJ, Araghi AA, **Mehlman CT**, Crawford AH. Endoscopic Approaches to the Anterior Thoracic Spine. In: Zdeblick TA ed. Anterior Approaches to the Spine. St. Louis: Quality Medical Publishing 1999:125-155

1 Guy Klein, **Charles T.  Mehlman**, Michael Stretanski. Conflict of Interest Reporting.  In: Advanced Concepts in Surgical Research. Mohit Bhandari and Bernd Robioneck. Thiemes 2012, Chapter 26 pp 168-172.



PUBLISHED EDITORIALS/ LETTERS TO EDITOR
**Mehlman CT**, Invited Commentary Related to "Gartland Type-3 Supracondylar Humeral Fractures in Children. Which Open Reduction Approach Should Be Used After Failed Closed Reduction?" Kzlay YO, Aktekin CN, Özsoy MH, Aksahin E, Sakaoğullar A, Pepe M, Kocadal O; J Orthop Trauma Jan 2017, 31(1): e23-24

**Mehlman CT**, Letter to the Editor. J Pediatr Orthop. Jul/Aug 2016; v.36. In response to "Predicting the Presence of Adjacent Infections in Septic Arthritis in Children" by Rosenfeld S. et al,

**Mehlman CT**. Invited Commentary related to: Intramedullary Implant Choice and Costin the Treatment of Pediatric Diaphyseal Forearm Fractures. Heare A, Goral D, Belton M, Beebe C, Trizno A, Stoneback J; J Orthop Trauma Oct 2017, 31(10), e339

**Mehlman CT**, Letter to the Editor. J of Ped Orthop 2010; 30 (8): 942-943. In reference to Proximal Humeral Fractures in Children and Adolescents" by Bahrs C, et al.

**Mehlman CT**, Parikh SN, Wells L, Scherl SA. Letter to the Editor. J Bone Joint Surg Am 2010; 92: 2947-2958. In response to Khan IM, on article entitled "Management of Fractures in Adolescents" by Parikh, et al.

**Mehlman CT**, Wall EJ, Jain V, Vagmin V, Crawford AH. Letter to the Editor, J Bone Joint Surg Am 2008; 90: 1305-1313. In response to Thakkar N, Gulati, et al on article entitled " Complications of Titanium and Stainless Steel Elastic Nail Fixation of Pediatric Femoral Fractures" by Wall, et al.

**Mehlman CT**, Foad SL, Ying J. Letter to the Editor, J Bone Joint Surg Am 2008; 90: 1258-1264. In response to Alfonso, et al on article entitled "The Epidemiology of Neonatal Brachial Plexus Palsy in the United States" by Foad, et al.

**Mehlman CT**. Letter to the Editor. J Trauma 2006: 60:217-223. In reference to "Closed, Locked Intramedullary Nailing of Pediatric Femoral Shaft Fractures Through the Tip of the Greater Trochanter" by Kanellopoulos AD, et al.

**Mehlman CT**. Invited Commentary. J Orthop Trauma 2004 Aug;18(7): 423-424., In reference to article entitled "Intramedullary Nailing of Femoral Fractures in Children Through the Lateral aspect of the Greater Trochanter Using a Modified Rigid Humeral Intramedullary Nail" by Gordon JE, et al.

**Mehlman CT**. Letter to the Editor. JBJS Am 2004; 86: 770-777, in reference to article entitled "Comparison of Titanium Elastic Nails with Traction and a Spica Cast to Treat Femoral Fractures in Children" by Flynn JM, et al.

**Mehlman CT**, Wall EF, Crawford AH. Letter to the Editor. JBJS Am 2004; 86: 702-707., in reference to article entitled "Lateral – Entry Pin Fixation in the Management of Supracondylar Fractures in Children" by Skaggs DL, et al.

**Mehlman CT**. AOAO Newsletter Vol (4) 2, June 2004. Mala Praxis vs Mala Expertis.

**Mehlman CT**. AOAO Newsletter Vol (4) 1, Feb 2004. Treatment effects and differentiating "orthopaedic fads" and "new therapeutic interventions."

**Mehlman CT**, Wall EJ. Letters to the Editor. J of Ped Orthop. 2003; 23(2): 273-274.in reference to article entitled "Hemivertebral Excision for Congenital Scoliosis in Very Young Children" by Klemme et al.

**Mehlman CT**. Editorial Comment. J Trauma 2003; 54(6):1146-51. in reference to article entitled "Pelvic Fractures in Pediatric and Adult Trauma Patients: Are They Different Injuries?" by Demetriades et al

AOAO Newsletter Vol (3) 3, Nov 2003.
**Mehlman CT**.  The fault of measuring customer satisfaction using cognitive metaphoric surveys instead of focusing on treatment outcomes.

**Mehlman CT**.  AOAO Newsletter Vol (3) 1. Mar 2003. "The Wealth of Nations Part I & II."

**Mehlman CT**.  AOAO Newsletter Vol (3) 2, June 2003. "Return Your Seats and Mayo Stand Tray-Tables to their Upright and Locked Positions."

**Mehlman CT**, Strub WM, Roy DR, Wall EJ, Crawford AH. Letters to the Editor. JBJS 84A (6):1078-80, 2002 in reference to article entitled "Early or Delayed Surgical Treatment of Supracondylar Humeral Fractures in Children" by Mehlman et al.

**Mehlman CT** – JBJS 84A (5): 883, 2002.
Commentary: Evidence-Based Orthopaedics.

**Mehlman CT**. AOAO Newsletter Vol (2) 2, Aug 2002.
"Importance of Communicating AOAO Member History."

**Mehlman CT**. AOAO Newsletter Vol(2) 3, Aug 2002.
"Who Cares About Evidence-Based Practice?"

**Mehlman CT**. What Constitutes a Case Report? JBJS 84A (6):915-920, 2002 Reader Roundtable section in reference to "Surgical Treatment of Nonunion and Avascular Necrosis of the Proximal Part of the Scaphoid in Adolescents." Waters PM, Stewart SL.

**Mehlman CT**. Letters to the Editor. J Trauma 51 (6):1182-1188., in reference to article entitled "Treatment of Femoral Shaft Fractures in Children and Adolescents" by Mostafa M et al.

Saroff DA, Deeney VF, **Mehlman CT**, et al. JBJS. 2001; 83A (6):1755-1757.Time to Treatment: The Questions of Beneficial Surgical Delays. [editorial]

PRESENTATIONS

Poster Presentation
**Mehlman CT,** Parikh SN, Ames T, Toy R
Comparative Effectiveness of Nonoperative Versus Operative Treatment for Completely Displaced Clavicle Shaft Fractures in Children
POSNA
Charlotte, North Carolina
May 15-18, 2019

**Mehlman CT**
Perthes: Why Does My Child Have It?
2018 Perthes Conference
IPSG Parent Conference
Dallas, TX
October 20, 2018

**Mehlman CT**
The Wisdom of Teams: The Evolution of Orthopaedic
Surgical Care
Pearls & Pitfalls in Pediatric Orthopaedic Trauma: The
Community Orthopaedic Surgeon Taking Trauma Call
AOAO Annual Meeting
Atlanta, GA
October 18-20, 2018

**Mehlman CT**, Fisher M, Denning JR, McCarthy JJ
Infantile (Less than 2-years-old) Supracondylar Humeral
Fractures: Twice as Common in Females and High Rate of
Malunion with Lateral Column Only Fixation
Pediatric Orthopaedic Society of North America
Austin, TX
May 9-12, 2018

**Mehlman CT**, Yahya A, Tamai J, Eismann E, Crawford AH
Modified Waldenstrom Classification Less than II-B
Associated with Better Surgical Results in Severe Legg-
Clave-Perthes Disease
Pediatric Orthopaedic Society of North America
Austin, TX
May 9-12, 2018

Hariharan A, Ho C, Bauer A, **Mehlman CT**, O'Hara NN,
Sponseller PD, **Abzug JM.** (Presenter)
Transphyseal Humeral Separations: What Can We Learn?
Pediatric Orthopaedic Society of North America
2018 Annual Meeting,
Austin, TX.
May 19-12, 2018

**Hyman, Joshua** (Presenter), Masumoto H, Minkara A,
Callejo F, Dieckmann R, Shah H, Sankar W, Choi P, Laine J,
Janicki J, Thacker M, Schrader T, Kelly D, **Mehlman CT**,
Rosenfeld S, Kim H
Validity of Selected Patient-Reported Outcomes Measures
in Patients with Legg-Calve-Perthes Disease
Pediatric Orthopaedic Society of North America
2018 Annual Meeting,
Austin, TX.
May 19-12, 2018

Hariharan A, Ho C, Bauer A, **Mehlman CT**, O'Hara NN,
Sponseller PD, **Abzug JM**.(Presenter)
Transphyseal Humeral Separations are Associated with
High Rates of Misdiagnosis.
Podium Presentation
37th European Pediatric Orthopaedic Society Annual
Meeting,
Oslo, Norway.
April, 2018.

Hariharan A, Ho C, Bauer A, **Mehlman CT**, O'Hara NN,
Sponseller PD, **Abzug JM** (Presenter)
Transphyseal Humeral Separations: What Can We Learn?
37th European Pediatric Orthopaedic Society Annual
Meeting,
Oslo, Norway.
April, 2018.

Hariharan AR, Ho CA, Bauer AS, **Mehlman CT**, Sponseller
PD, O'Hara NN, Abzug JM
Transphyseal Humeral Separations are Associated with
High Rates of Misdiagnosis
2018 Annual Meeting of the Maryland Orthopaedic
Association.
Annapolis, MD
February, 2018

Hariharan AR, Ho CA, Bauer AS, **Mehlman CT**, Sponseller
PD, O'Hara NN, Abzug JM
Transphyseal Humeral Separations: What Can We Learn?
2018 Annual Meeting of the Maryland Orthopaedic
Association
Annapolis, MD
February, 2018

e-Poster #71
**Mehlman CT**, Yahya A, Tamai J, Eismann E, Crawford AH
Modified Waldenstrom Classification Less Than II-B
Associated with Better Surgical Results in Severe Legg-
Calve-Perthes Disease
EPOSNA Annual Meeting
Barcelona, Spain
May 1, 2017

e-Poster
Abzug J, Dua K, Stein MK, O'Hara N, Brighton BK, Hennrikus WL, Herman MJ, Lawrence JT, Otsuka NY, Shrader MW, Smith BG, Sponseller PD, **Mehlman CT**
Does Substantial Variation Exist When Diagnosing and Treating Pediatric Distal Radius Fractures?
*American Association for Hand Surgery Annual Meeting*
*Waikoloa Village, Hawaii*
*January 11-14 2017*

e-Poster
Abzug J, Hennrikus W, Hyman J, Hurley M, Jones K, Brighton B, MD, **Mehlman CT**
Diagnosis and Treatment of Pediatric Septic Hips: Is There Consensus?
*American Association for Hand Surgery Annual Meeting*
*Waikoloa Village, Hawaii*
*January 11-14 2017*

Paper Presentation
Abzug JM, Ying J, **Mehlman CT**,
Assessment of Current Epidemiology and Risk Factors Surrounding Brachial Plexus Birth Palsy.
*American Association for Hand Surgery Annual Meeting,*
*Waikoloa Village, Hawaii*
*January 2017*

Paper Presentation
Dua K, Stein MK, O'Hara N, Brighton BK, Hennrikus WH, Herman MJ, Lawrence TJ, **Mehlman CT**, Otsuka NY, Shrader MW, Smith BG, Sponseller PD, Abzug JM
The Inter-observer Reliability of Diagnosing and Treating Pediatric Distal Radius Fractures
*71st Annual Meeting of the American Society for Surgery of the Hand*
*Austin, Texas*
*Sep 29 - Oct 01, 2016*

Paper Presentation
**Mehlman CT**, Howard AW
Displaced Medial Epicondyle Fractures in Children:
Comparative Effectiveness of Operative Versus Non-
Operative Treatment
Annual Meeting of the Pediatric Orthopaedic Society of
North America
Atlanta, Georgia
May 2, 2015

Paper Presentation
Yahya A, **Mehlman CT**, Junichi T, Crawford AH
Staged Containment Protocol for LCPD Health-Related
Quality of Life
Annual Meeting of the American Academy of Orthopaedic
Surgeons
Las Vegas, Nevada
March 24-28, 2015
Paper Presentation
Michaud LJ, Louden EJ, Lippert WC, Allgier AJ, Foad SL,
**Mehlman CT**
Use of botulinum toxin type A in the
Management of neonatal brachial plexus palsy
Pediatric Orthopaedic Society of North America Annual
Meeting
Hollywood, California
2014

Paper presentation #108
Roehrich J, **Mehlman CT**, Ying J
Epidemiology of vascular complications in supracondylar
humerus fractures in the United States
Annual Meeting of the Orthopaedic Trauma Association
October 6, 2012.

e-Poster #756
Klein G. **Mehlman CT**. Schlenzka D
Operative Treatment of Spondylolysis and Low Grade
Spondylolisthesis in Children and Young Adults: A Meta-
Analysis of Observational Studies
IMAST
Istanbul, Turkey
July 18-21, 2012

Paper presentation #36
**Mehlman CT**, Lierl MB, Grady M, Kirby CL
Preoperative metal allergy testing for adolescent idiopathic
scoliosis patients
IMAST
Istanbul, Turkey
July 19, 2012

Paper presentation #73
**Mehlman CT**, Marcotte M, Lippert W, Sadow E, Louden E
Antepartum and intrapartum factors associated with
neonatal brachial plexus palsy
Annual Meeting of the Pediatric Orthopaedic Society of
North America
Denver, Colorado
May 18, 2012

Paper presentation #79
Reinersman A, Priola MJ, Wall EJ, Wilson L, Eismann EA,
Langsam S, **Mehlman CT**
Functional outcomes after adolescent clavicle fractures
based on fracture displacement and age
Annual Meeting of the Pediatric Orthopaedic Society of
North America
Denver, Colorado
May 18, 2012

Paper presentation #679
**Mehlman CT**, Marcotte M, Sadow E, Cola K, Lippert W,
Louden E, Higham K, Higham D
Antepartum and intrapartum risk factors for neonatal
brachial plexus palsy
Annual Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 10, 2012

Paper presentation #690
Pierce T, **Mehlman CT**, Tamai J, Skaggs DL
Access to anterior cruciate ligament care for children with
Medicaid versus private insurance
Annual Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 10, 2012

Paper presentation #230
Roehrich J, **Mehlman CT**, Ying J
Epidemiology of vascular complications in supracondylar
humerus fractures in the United States. at the Annual
Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 8, 2012

Paper presentation #232
Reinersman A, Priola M, Wall E, Wilson LM, Eismann EA,
Langsam SB, **Mehlman CT**
Functional outcomes after adolescent clavicle fractures
based on fracture displacement and age
Annual Meeting of the American Academy of Orthopaedic
Surgeons
San Francisco, California
February 8, 2012

Podium 628
Talbert RJ, Michaud LJ, **Mehlman CT**, Kinnett DG, Laor T,
Foad SL, Schnell B, Salisbury S
EMG and MRI are Independently Related to Shoulder
External Rotation Function in Neonatal Brachial Plexus
Palsy
2011 AAOS Annual Meeting
San Diego, California
February 18, 2011

Podium 169
Daugherty M, LeMaster T, Moody S, **Mehlman CT**, Falcone
RA Jr
Significant Rate of Misuse of the Hare Traction Splint in
Pediatric Trauma
2011 AAOS Annual Meeting
San Diego, California
February 16, 2011

Paper Presentation
Matey III DA, **Mehlman CT**, Reinersman AC
Remodeling Potential of Completely Displaced Pediatric
Clavicle Shaft Fractures People
2011 AAOS Annual Meeting
San Diego, California
February 15, 2011

Paper Presentation #628
Michaud L, **Mehlman CT**, Foad SL.
Botox as an Adjunct to the Non-Operative Treatment of
Muscle Imbalance in Neonatal Brachial Plexus Palsy: A
Preliminary Report of 34 Patients
American Academy of Orthopaedic Surgeons 2011 Annual
Meeting
San Diego, California
February 15-19, 2011
e-Poster
Okike KM, Kocher MS, Torpey J, **Mehlman CT**, Bhandari M.
Increasing the impact: Characteristics associated with
citation rates of the orthopaedic literature
Bosques G, Michaud LJ, **Mehlman CT**, Yakuboff KP, Foad
MB, Wade SL, Kinnett DG, Bean, JA
The Predictive Value of Electrodiagnostic Findings in Birth
Brachial Plexus Palsy
Pediatric Orthopaedic Society of North America
2010 Annual Meeting
Waikoloa, Hawaii
May 4-7, 2010


Podium Presentation
DeVoe WB, **Mehlman CT**, Michaud LJ, Lippert WC,
Allgier A
Arthroscopic Sever-L Episcopo Procedure for the
Treatment of Internal Rotation Contractures of the
Shoulder in Neonatal Brachial Plexus Palsy: Clinical and
Radiographic Outcomes
Pediatric Orthopaedic Society of North America
2010 Annual Meeting
Waikoloa, Hawaii
May 4-7, 2010


e-Poster
Talbert R, **Mehlman CT**, Michaud LJ, Kinnett DG, Laor T,
Foad SL
Do EMG Characteristics Correlate with MRI Findings in
children with Neonatal Brachial Plexus Palsy?
Pediatric Orthopaedic Society of North America
2010 Annual Meeting
Waikoloa, Hawaii
May 4-7, 2010

Podium Presentation
DeVoe WB, **Mehlman CT**, Michaud LJ, Lippert WC,
Allgier A
Arthroscopic Sever-L Episcopo Procedure for the
Treatment of Internal Rotation Contractures of the
Shoulder in Neonatal Brachial Plexus Palsy: Clinical and
Radiographic Outcomes
European Paediatric Orthopaedic Society
2010 Annual Meeting
Zagreb, Croatia
April 7-10, 2010
Poster Presentation
Bosques G, Bean JA, Foad Mb, Kinnett DG, **Mehlman CT**,
Michaud LJ, Wade S, Yakuboff KP
The Use of Electrodiagnosis in Operative Decision-Making
for Early Plexus Reconstruction in Birth Brachial Plexus
Palsy
American Academy of Physical Medicine and Rehabilitation
70th Annual Assembly
Austin, Texas
October 22-24, 2009


Poster Presentation
Chan W, Gammon SR, **Mehlman CT**, Wall EJ
A Comparison of TLSO and SPINECOR Treatment of
Adolescent Idiopathic Scoliosis Patients Using the SRS
Standardized Criteria
Pediatric Orthopaedic Society of North America
Boston, Massachusetts
April 30, 2009


Poster Presentation
**Mehlman CT**, Ying J, Kirby CL.
Hospital Costs Associated with Surgical Treatment of
Idiopathic Scoliosis
Pediatric Orthopaedic Society of North America
Boston, Massachusetts
April 30, 2009


Poster Presentation
Talbert R, **Mehlman CT**, Michaud LJ, Kinnett D, Foad SL
Do EMG Characteristics Predict Muscle Function in
Neonatal Brachial Plexus Palsy?
Pediatric Orthopaedic Society of North America
Boston, Massachusetts
April 30, 2009

e-Poster #217
Klein G, **Mehlman CT**, McCarty M. Non-operative
Treatment of Spondylolysis and Grade I Spondylolisthesis
in Children and Young Adults: A Meta-analysis of
Observational Studies
28 the European Paediatric Orthopaedic Society Annual
Meeting
Lisbon, Portugal
April 1 – 4, 2009

e-Poster #303
**Mehlman CT**, Gammon S, Chan W
A Retrospective Review of TLSO and SpineCor Orthosis in
the Treatment of Adolescent Idiopathic Scoliosis
28 the European Paediatric Orthopaedic Society Annual
Meeting
Lisbon, Portugal
April 1 – 4, 2009

Paper Presentation
**Mehlman CT**, White L, Crawford AH. Pulseless and
Puzzling, Vascular Injuries in Supracondylar Humeral
Fractures in Children: A Meta-Analysis of Observational
Studies and Results of a POSNA Membership Survey
28th Annual European Pediatric Orthopaedic Society
Lisbon, Portugal
April 1–4, 2009

Paper Presentation
White L, **Mehlman CT**, Crawford AH
Pulseless and Puzzling Vascular Injuries in Supracondylar
Humeral Fractures in Children: a Meta-Analysis of
Observational Studies and Results of a POSNA
Membership Survey
2009 Annual American Academy of Orthopaedic Surgeons
Las Vegas, Nevada
February 25-28, 2009

Paper Presentation
**Mehlman CT**
Hospital Costs Associated with Surgical Treatment of AI
Scoliosis Research Society 43rd Annual Meeting
Salt Lake City, Utah
September 10-13, 2008

Paper Presentation
Shea KG, Grimm NL, Belzer J, Pfeiffer R, Nilssson K,
**Mehlman CT**
Volumetric Damage of the Femoral Physis During Double
Bundle ACL Reconstruction
Pediatric Orthopaedic Society of North America
2008 Annual Meeting
Albuquerque, New Mexico
April 30–May 3, 2008

Paper Presentation
**Mehlman CT**.
Update on the Management of Neonatal Brachial Plexus
Palsy
Congenital Scoliosis
Arab Health Congress 2008
Pakistan Orthocon
Dubai, UAE
January 28-31, 2008

e-Poster #19
**Mehlman CT**. Intramedullary Nailing Versus Locked Bridge
Plating for Comminuted Pediatric Femoral Shaft Fractures.
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

e-Poster #26
**Mehlman CT**
Forearm Stiffness Following Forearm Shaft Fractures in
Children: A Meta-Analysis of Operative Versus Non
Operative Treatment
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

e-Poster #40
**Mehlman CT**
Neonatal Brachial Plexus Palsy Incidence and Risk Factor
Analysis from a United States National Database
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

e-Poster #49
**Mehlman CT**
Elastic Stable Intramedullary Nailing of Tibial Shaft
Fractures in children
2007 Pediatric Orthopaedic Society of North America
Annual Meeting
Hollywood, Florida
May 24–26, 2007

Paper Presentations
**Mehlman CT**, Greiwe M, Wall EJ, Crawford AH.
Stiffness in displaced pediatric both-bone forearm
fractures.
2007 European Pediatric Orthopaedic Society
Sorrento, Italy
April 10-14, 2007

e-Poster #3198
**Mehlman CT**
Neonatal  Brachial Plexus Palsy – incidence and Risk Factor
Analysis from a United States National Database
2007 European Pediatric Orthopaedic Society
Sorrento, Italy
April 10–14, 2007

Paper Presentation
**Mehlman CT**, McDonald N, Glos DL, Bylski-Austrow D.
Flexible Nail Fixation of Distal Third Femur Fractures:
Antegrade vs Retrograde Insertion Affects Construct
Stiffness
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

Poster Presentation
**Mehlman CT**, Shinde A, Collins MH
Aneurysmal Bone Cysts Express Vascular Markers
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

e-Poster
**Mehlman CT**
The reliability of Cobb Angle Measurements using the
Digital Picture Archiving and Communication (PACS) vs
Manual Measurements
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

e-Poster
**Mehlman CT**
Spine Abnormalities in Rubinstein-Taybi Syndrome
2006 Pediatric Orthopaedic Society of North America
Annual Meeting
San Diego, California
May 3–6, 2006

Paper Presentation
Foad S, **Mehlman CT**, Wall EJ
Patients who've been told they have scoliosis score the
same on the SRS-22 as scoliosis patients
25th Annual European Pediatric Orthopedic Society
Dresden, Germany
April 4-9, 2006

Paper Presentation
Moon ES, **Mehlman CT**
Risk factors for avascular necrosis following femoral neck
fractures in children: A meta-analysis of 360 patients
25th Annual European Pediatric Orthopedic Society
Dresden, Germany
April 4-9, 2006

Paper Presentation
McDonald N, **Mehlman CT**, Byslki-Austrow D, Glos D
Nail fixation of distal third paediatric femur fractures:
Insertion approach affects stiffness
25th Annual European Pediatric Orthopedic Society
Dresden, Germany
April 4-9, 2006

Paper Presentation
McDonald N, **Mehlman CT**, Bylski-Austrow D, Glos D. Nail Fixation of Distal Third Pediatric Femoral Shaft Fractures: Retrograde Insertion Increases Stiffness in Bending but Not Axial Torsion
Instruction Course Lecture. The Difficult Pediatric Supracondylar Humerus Fracture: Tips and Techniques to Avoid Complications
73rd Annual Meeting of the American Academy of Orthopedic Surgeons
Chicago, Illinois
March 22-26, 2006

Paper Presentation
Standoli F, Barton B, Jonah D, Dennision R, **Mehlman CT**, Koptis SE. Effectiveness of Bracing for Thoracolumbar Kyphosis in Achondroplasia
40th Annual Meeting Scoliosis Research Society: The Immature Spine and Adult Spinal Deformity
Miami, Florida
October 27-30, 2005

Poster Presentation
**Mehlman CT**, Wall EJ, Foad SL. Patients Who've Been Told They Have Scoliosis Score the Same on the SRS-22 as Scoliosis Patients Requiring Treatment
40th Annual Meeting Scoliosis Research Society
Miami, Florida
October 27 – 30, 2005

Paper Presentation
**Mehlman CT**.
Orthopaedic Brachial Plexus Injury
2005 Annual Clinical Assembly of Osteopathic Specialists
Orlando, Florida
October 22-25, 2005

Paper Presentation
Standoli F, Barton B, Johah D, Dennison R, **Mehlman CT**, Kopits SE
Effectiveness of Bracing for Thoracolumbar Kyphosis in Achondroplasia
2005 Annual Meeting of the Spine Society of Europe
Barcelona, Spain
September 21–24, 2005

Paper Presentation
**Mehlman CT**, Wall EJ, Foad SL
Patients Who've Been Told They Have Scoliosis Score the
Same on the SRS-22 as Scoliosis Patients Requiring
Treatment
2005 Annual Meeting of the Spine Society of Europe
Barcelona, Spain
September 21–24, 2005

Paper Presentation
Bhatt T, **Mehlman CT**, Foad SL, Crawford AH
Weight > 99 Pounds (45kg) and Age > 12 Years Predict
Malunion Following Elastic Stable Intramedullary Nailing
(Nancy Nailing) of Femoral Shaft Fractures in Children
24th Annual Meeting European Pediatric Orthopaedic
Society
Palma de Mallorca, Spain
April 6–9, 2005

Paper Presentation
**Mehlman CT**
Instructional Course Lecture 315 "The Difficult Pediatric
Supracondylar Humerus Fracture: Tips and Techniques to
Avoid Complications"
American Academy of Orthopaedic Surgeons
72nd Annual Meeting
Washington, DC
March 9–14, 2005

Poster Presentation
Bhatt T, **Mehlman CT**, Foad SL, Crawford AH.
Weight > 99 Pounds (45kg) and Age > 12 Years Predict
Malunion Following Elastic Stable Intramedullary Nailing
(Nancy Nailing) of Femoral Shaft Fractures in Children
American Academy of Orthopedic Surgeons Annual
Meeting
Washington, DC
February 24 – 27, 2005

Poster Presentation
**Mehlman CT**, Lee, T, Foad SL
The Reliability of cobb angle Measurements Using the
Digital Picture Archiving and Communication (PACS) Versus
Manual Measurements
2004 Scoliosis Research Society Annual Meeting
Buenos Aires, Argentina
September 5–September 9, 2004


Paper Presentation
**Mehlman CT**, Wall EJ, Foad SL
Patients Who've Been Told They Have Scoliosis Score the
Same on the SRS-22 as Scoliosis Patients Requiring
Treatment
2004 International Meeting on Advanced Spine Techniques
Fairmont Southampton, Bermuda
July 1–3, 2004


Paper Presentation
**Mehlman CT**, Lee, T, Foad SL
The Reliability of Cobb angle Measurements Using the
Digital Picture Archiving and Communication (PACS) Versus
Manual Measurements
2004 International Meeting on Advanced Spine Techniques
Fairmont Southampton, Bermuda
July 1–3, 2004


Paper Presentation
**Mehlman CT**, Alsayyad MJ, Crawford AH
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity
2004 SpineWeek/Eurospine
Porto, Portugal
May 30–June 7, 2004


Poster Presentation
**Mehlman CT**, Crawford AH, Kelty PJ
Surgical Treatment of  Spondylolisthesis in Children and
Adolescents
2004 SpineWeek/Eurospine
Porto, Portugal
May 30–June 5, 2004

Poster Presentation
**Mehlman CT**, Wall EJ, Foad S
Patients Who've Been Told They Have Scoliosis Score The
Same on The SRS-22 as Scoliosis Patients Requiring
Treatment
2004 SpineWeek/Eurospine
Porto, Portugal
May 30–June 5, 2004

Poster Presentation
**Mehlman CT**, Balasa VV, Gruppo RA, Pillow A, Becker A,
Stroop D, Glueck
CJ, Roy D, Wall EJ, Crawford AH
Legg-Perthes Disease and Thrombophilia
2004 Annual Meeting Pediatric Orthopaedic Society of
North America
St. Louis, Missouri
April 27–May 1, 2004

Poster Presentation
**Mehlman CT**, Moon E, Foad SL
Femoral Neck Fractures in Children: 20 Cincinnati Cases &
Meta-Analysis of 333 Cases
2004 Annual Meeting Pediatric Orthopaedic Society of
North America
St. Louis, Missouri
April 27–May 1, 2004

Poster Presentation
Al-Sayyad MJ, **Mehlman CT**, Crawford AH.
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity.
24th Meeting European Paediatric Orthopaedic Society
March 31–April 3, 2004

Poster Presentation
Kelty PJ, Crawford AH, **Mehlman CT**.
Surgical Treatment of Spondylolisthesis in Children and
Adolescents.
24th Meeting European Paediatric Orthopaedic Society
March 31–April 3, 2004

Paper Presentation
**Mehlman CT**, Wall EJ, Foad SL.
Patients Who've Been Told They Have Scoliosis Score the
Same on the SRS-22 as Scoliosis Patients Requiring
Treatment
24th Meeting European Paediatric Orthopaedic Society
Geneva, Switzerland
March 31–April 3, 2004


Paper Presentation
**Mehlman CT**, Balasa VV, Gruppo RA, Pillow A, Becker A,
Stroop D, Gluek CJ, Wang P, Roy D, Wall EJ, Crawford AH.
Legg-Perthes Disease and Thrombophilia
POSNA Specialty Day
71st Annual Meeting of the American Academy of
Orthopaedic Surgeons
San Francisco, California
March 10–13, 2004


Paper Presentation
**Mehlman CT**, Moon E, Foad SL.
Femoral Neck Fractures in Children: 20 Cincinnati Cases &
Meta-analysis of 33 Cases
POSNA Specialty Day
71st Annual Meeting of the American Academy of
Orthopaedic Surgeons
San Francisco, California
March 10–13, 2004


Paper Presentation
**Mehlman CT**, Balasa VV, Gruppo RA, Pillow A, Becker A,
Stroop D, Gluek CJ, Wang P, Roy D, Wall EJ, Crawford AH.
Legg-Perthes Disease and Thrombophilia
Instructional Course Lecture #172
The Difficult Pediatric Supracondylar Humerus Fracture:
Tips and tricks to avoid complications
71st Annual Meeting of the American Academy of
Orthopaedic Surgeons
San Francisco, California
March 10–13, 2004

Paper Presentation
**Mehlman CT**. Snakes in the Grass, Bad Actors, and Gator
Country: Fracture Complications in Kids and My Kid's Leg
Looks Funny: Lower Extremity Problems in Children and
Scoliosis: That Which is Crooked Can Be Made Straight
American Osteopathic Academy of Orthopedics
Chicago, Illinois
September 18-21, 2003

Paper Presentation
Parikh SN, Crawford AH
Orthopedic Implication in the Management of Pediatric
Vertebral or Spinal Cord Tumors – A Retrospective Review
World Spine II: Second Interdisciplinary Congress on
Spine Care
Chicago, Illinois
August 11, 2003

Paper Presentation
Crawford AH, Mohammed A
Defining The Learning Curve of Video Assisted
Thoracoscopic Surgery (VATS): The First Hundred Cases.
World Spine II: Second Interdisciplinary Congress on
Spine Care
Chicago, Illinois
August 11, 2003

Paper Presentation
**Mehlman CT**, Kelty PJ, Crawford AH.
Emergency Surgery for Open Fractures and Type III
Supracondylars.
Pediatric Orthopaedic Society Of North America
Amelia Island, Florida
May 1, 2003

Paper Presentation
Kelty P, **Mehlman CT**
Spondylolysis and Spondylolisthesis in Children:
Effectiveness of Operative and Nonoperative Treatment
and Bailey GM, **Mehlman CT**, Rubinstein JH
Pediatric Hip Disorders Associated with Rubinstein-Taybi
Syndrome.
70th American Academy of Orthopedic Surgeons
New Orleans, Louisiana
February 4-9, 2003

Paper Presentation
**Mehlman CT**, Hoenninger D, Rubinstein JH, Winter R.
Spine Abnormalities in Rubinstein-Taybi Syndrome and
**Mehlman CT**, Epps H.  Pearls and Pitfalls: Children's
Fractures (audience response case discussion)
American Academy of Pediatrics National Conference &
Exhibition
Boston, Massachusetts
October 19-23, 2002

Paper Presentation
**Mehlman CT**, Koepplinger ME, Brown, RL, Gittelman M,
Garcia V.
All Terrain Vehicle-Related Injuries in Children: A Nine
Year Epidemiological Study & Comparison to Bicycle-
Related Trauma.
Pediatric Orthopaedic Society of North America
Salt Lake City, Utah
May 3-5, 2002

Paper Presentation
Foad S, **Mehlman CT**, et al.
Undisplaced Fractures of the Distal Radius in Children-Risk
Factors for Displacement.
69th Annual Meeting of the American Academy of
Orthopaedic Surgeons.
Dallas, Texas
February 13-17, 2002

Poster Presentation
**Mehlman CT**, Kelty PJ, Crawford AH.
Surgical Treatment of Spondylolisthesis in Children and
Adolescents.
69th Annual Meeting of the American Academy of
Orthopaedic Surgeons.
Dallas, Texas
January 13-17, 2002

Poster Presentation
Schweer L, Garcia VF, Bivens K, Cook B, McCain, **Mehlman
CT**, et al.
Impact of Hospitalization on Quality of Life for Preteen
and Adolescent Children and Their Parents. Poster
Presentation: Mobilizing for a Safe USA.  A Leadership
Conference to Reduce Violence and Injury in America.
Atlanta, Georgia
December 3-5, 2001

Paper Presentation
Kelty PJ, Crawford AH, **Mehlman CT**. Surgical Treatment
of Spondylolisthesis in Children and Adolescents
Scoliosis Research Society 36th Annual Meeting
Cleveland, Ohio
September 19-22, 2001

Poster Presentation
**Mehlman CT**, Al-Sayyad MJ, Crawford AH.
Effectiveness of Spinal Release and Halo-Femoral Traction
in the Management of Severe Spinal Deformity.
2001 Annual Meeting Scoliosis Research Society
Cleveland, Ohio
September 18-22, 2001

Poster Presentation
**Mehlman CT**, Kelty PJ, Crawford AH.
Surgical Treatment of Spondylolisthesis in Children and
Adolescents.
3rd Annual Eurospine Meeting
Gothenburg, Sweden
September 4-8, 2001

Paper Presentation
**Mehlman CT**, O'Brien MS.
Irreducible Fracture of the Distal Radius in Children:  Non-
operative Management.
2001 Annual Meeting Pediatric Orthopaedic Society of
North America
Cancun, Mexico
May 3-5, 2001

Poster Presentation
**Mehlman CT**, Bailey GM, Rubinstein JH, Moens P, Nuzzo
RM.
Pediatric Hip Disorders Associated with Rubinstein-Taybi
Syndrome.
2001 Annual Meeting Pediatric Orthopaedic Society of
North America
Cancun, Mexico
May 3-5, 2001

Paper Presentation
**Mehlman CT**, Wall EJ, Olsen G.
Complications Associated with the Use of Meniscal Arrows
in Children.
2001 Meeting European Pediatric Orthopaedic Society
Montpellier, France
April 5-7, 2001

Paper Presentation
**Mehlman CT**, O'Brien MS, Crawford AH, Roy DR, Wall EJ.
Irreducible Fractures of the Distal Radius in Children:
Non-Operative Management.
68th Annual American Academy of Orthopaedic Surgeons
San Francisco, California
February 28–March 4, 2001

Paper Presentation
**Mehlman CT**, Olsen G, Wall EJ.
Complications Associated With The Use of Meniscal
Arrows in Children and Adolescents
AANA Specialty Day
68th Annual American Academy of Orthopaedic Surgeons
San Francisco, California
February 28–March 4, 2001

**Mehlman CT**, Crawford AH, Rodway IP.
Video-Assisted Thoracoscopic Surgery in the Management
of Pediatric Spinal Deformity: Impact on Health Related
Quality of Life
Eurospine 2000
Antwerp, Belgium
October 11-14, 2000

Poster Presentation
**Mehlman CT**, Crawford AH, Sandercock D.
Effectiveness of Halo-Femoral Traction in the Management
of Severe Spinal Deformity.
Spine Across the Sea 2000
Japanese Spine Research Society/NASS
Waikoloa, Hawaii
July 23–27, 2000

Poster Presentation
**Mehlman <u>CT</u>**, Strub WM, Crawford AH, Roy, DR, Wall EJ
Displaced Supracondylar Humeral Fractures in Children:
Does the Timing of Surgery Make a Difference?
2000 Pediatric Orthopaedic Society of North America
meeting
Vancouver, British Columbia, Canada
May 1–4, 2000

Poster Presentation
**Mehlman <u>CT</u>**, Robbins AC, Shepherd M, Selin M
Bilateral Lower Limb Deficiencies in Association with Prune
Belly Syndrome: A 12-year Progress Report
2000 Annual meeting Association of Children's Prosthetic-
Orthotic Clinics
Banff, Alberta, Canada
April 26–29, 2000

Poster Presentation
**Mehlman <u>CT</u>**, Strub WM, Crawford AH, Roy, DR, Wall EJ
Displaced Supracondylar Humeral Fractures in Children:
Does the Timing of Surgery Make a Difference?
67th Annual American Academy of Orthopaedic Surgeons
Orlando, Florida
March 15–19, 2000

Poster Presentation
**Mehlman <u>CT</u>**, Strub WM, Todd LT
Talar Neck Fractures in Children: Epidemiology and Clinical
Outcomes in Fifteen Patients
67th Annual American Academy of Orthopaedic Surgeons
Orlando, Florida
March 15–19, 2000

Poster Presentation
**Mehlman <u>CT</u>**, Parker KC, Roy DR, Crawford AH, Wall EJ
Hinge Abduction and Joint Stiffness in Perthes Disease:
Effectiveness of Medial Soft Tissue Release and Petrie
Casting Followed by Femoral Head Containment
67th Annual American Academy of Orthopaedic Surgeons
Orlando, Florida
March 15–19, 2000

Paper Presentation
**Mehlman CT**, Crawford AH, Rodway IP.
Video-Assisted Thoracoscopic Surgery in the Management
of Pediatric Spinal Deformity: Impact on Health Related
Quality of Life
Eurospine 2000
Antwerp, Belgium
October 11-14, 2000

Poster Presentation
Scott KA, **Mehlman CT**, Koch BL, Garcia VF
Orthopaedic Injuries in Children Secondary to Airbag
Deployment:
A Report of Two Cases
American Osteopathic Academy Orthopaedics
Seattle, Washington
October 2–5, 1999

Poster Presentation
**Mehlman CT**, Roy DR, Crawford AH, Wall EJ, Parker KC
Hinge Abduction and Joint Stiffness in Perthes Disease:
Effectiveness of Medial Soft Tissue Release and Petrie
Casting Followed By Femoral Head Containment
Pediatric Orthopaedic Society of North America
Lake Buena Vista, Florida
May 15–19, 1999

Poster Presentation
Todd L, Strub W, **Mehlman CT**
Talus Fractures in Children
American Osteopathic Academy of Orthopedics
Chicago, Illinois
September 26-29, 1998

Poster Presentation
Todd L, **Mehlman CT**, Nymberg S.
Femoral Shaft Fractures In Children: Flexible Intra-
Medullary Nailing
American Osteopathic Academy of Orthopedics
Chicago, Illinois
September 26-29, 1998

Poster Presentation
**Mehlman CT**, Nowinski RJ.
Meta-Analysis of Outcomes Following Displaced
Supracondylar Humeral Fractures in Children's Hospital
Orthopaedic Trauma Association 17th Annual Meeting
Louisville, Kentucky
October 17-19, 1997

Poster Presentation
**Mehlman CT**, Crawford AH, Wall EJ, Wolfe RK.
Anterior Spinal Release and Fusion for Pediatric Spinal
Deformity:
V.A.T.S. vs Thoracotomy. Pediatric Orthopaedic Society of
North America
Banff, Alberta (Canada)
May 15-17, 1997

Poster Presentation
Davis KR, **Mehlman CT**, Roy DR, Wall EJ, Crawford AH.
Treatment of Hinge Abduction and Joint Stiffness in
Perthes Disease by Medial Capsulotomy and Petrie Casting.
Pediatric Orthopaedic Society of North America
Banff, Alberta (Canada)
May 15-17, 1997

Paper Presentation
Wall EJ, Kolata RJ, Griffen MJ, Roy DR, **Mehlman CT**, et
al.
Endoscopic Pelvic Osteotomy: A Basic Science and Clinical
Study.
Pediatric Orthopaedic Society of North America.
Banff, Alberta (Canada)
May 15, 1997

Paper Presentation
**Mehlman CT**, Crawford AH, Wall EJ, Wolfe RK.
Video-Assisted Thoracoscopic Surgery: Perioperative
Parameters.
1996 Annual Meeting Pediatric Orthopaedic Society of
North America
Phoenix, Arizona,
May 12-15, 1996

Poster Presentation
**Mehlman CT**, Crawford AH, et al.
Complications Associated with Closed Reduction and
Percutaneous Pin Fixation of Displaced Supracondylar
Fractures of the Humerus in Children.
American Fracture Association 59th Annual Meeting
San Diego, California
April 10-13, 1997

Poster Presentation
Wall EJ, Roy DR, Lim EV, **Mehlman CT**, et al.
Endoscopic Pelvic Osteotomy: A Cadaver and Animal Study
American Academy of Orthopaedic Surgeons
San Francisco, California
February 13, 1997

Poster Presentation
**Mehlman CT**, Crawford AH, Wolfe RK.
Video-Assisted Thoracoscopic Surgery: Endoscopic
Thoracoplasty Technique.
Scoliosis Research Society
Ottawa, Ontario (Canada)
September 25-28, 1996

Poster Presentation
**Mehlman CT**, Crawford AH, Wall EJ, Wolfe RK.
Video-Assisted Thoracoscopic Surgery: Pediatric
Orthopaedic Applications.
Scoliosis Research Society
Ottawa, Ontario (Canada)
September 25-28, 1996

Poster Presentation
Wall EJ, Roy DR, **Mehlman CT**.
Endoscopic Pelvic Osteotomy.
Pediatric Orthopaedic Society of North America
Phoenix, Arizona
May 12-15, 1996

Poster Presentation
**Mehlman CT**, DiPasquale TG, Scheidler JS.
Radiation Exposure to the Orthopaedic Surgical Team:
How Far Away is Far Enough?
American Academy of Orthopaedic Surgeons 63rd Annual
Meeting
Atlanta, Georgia
February 26, 1996

Poster Presentation
**Mehlman CT**, Crawford AH.
Video-Assisted Thoracoscopic Surgery: Pediatric
Orthopaedic Applications.
Annual Clinical Assembly Osteopathic Specialists
New Orleans, Louisiana
September 1995
Poster Presentation
Klein G, Hussain N, Sprague S, **Mehlman CT**, Dogbey G,
Bhandari M.   Characteristics of Highly Successful
Orthopaedic Surgeons: A Survey of Orthopaedic Chairs
and Editors

OTHER INVITED LECTURES and/or CME PROGRAMS

**Mehlman CT** – Junior Examiner; Forman, ES Senior
Examiner
AOBOS 2019 Winter Clinical Exams
Part III Exams
Dallas, Texas
January 31-February 1, 2019

**Mehlman CT** – Junior Examiner; Triana ME - Senior
Examiner
AOBOS 2019 Winter Clinical Exams
Part III Exams
St. Paul, Minnesota
February 24-24, 2019

**Mehlman CT** – Guest Speaker
International Perthes Study Group Annual Meeting
Legg Calve Perthes Disease: What You Should Know
Dallas, Texas
October 5-8, 2017

Michaud LJ, Louden EJ, Lippert WC, Allgier AJ, Foad SL,
**Mehlman CT** – Guest Speaker
Children's Hospital Colorado Annual Orthopaedic Day
Conference
Pediatric Polytrauma: Navigating Gator Country
The Wisdom of Teams: The Evolution of Pediatric
Orthopaedic Surgical Care Delivery
Denver, Colorado
April 21, 2017

**Mehlman CT** – Guest Speaker
Urology Workshop
Bladder Exstrophy Complex: The Pediatric Orhopaedic
Perspective
Cincinnati Children's Hospital Medical Center
March 9-12, 2017

**Mehlman CT**.
Michigan State University College of Osteopathic Medicine
Orthopedic Surgery Educational Day - "Pediatrics"
Moderator: **Mehlman CT**
Femoral Shaft Fractures in Children: Teenie Tinys, School
Age & Knuckleheads
Pediatric Forearm Fractures: The Consequences of Crooked
The 3 Most Common Elbow Fractures in Kids
Top 10 Differences Between Kids and Adults
Troy, Michigan
October 14, 2016

**Mehlman CT** – Guest Rotary Speaker
Covington Rotary Club
Common Sports Injuries in Children: The Power of the
Pediatric Skeleton.
Covington, Kentucky
August 9, 2016

**Mehlman CT.** – Guest Speaker
Wellspan York Orthopaedic Graduation
York, Pennsylvania
June 26, 2015

**Mehlman CT**.
Ohio University Alumni Awards Gala
Guest Lecture For 1st And 2nd Year Medical Students
Pediatric Fractures
October 12, 2012

**Mehlman CT**.
Michigan State University College of Osteopathic Medicine
Orthopedic Surgery Educational Day - "Pediatrics"
Moderator: Fred Schreiber, DO
Spondylolysis & Spondylolisthesis: Back Pain in the
Pediatric Athlete.
What Works for Legg-Calve Perthes Disease.
Neonatal Brachial Plexus Plasy: You've Come A Long Way
Baby
Troy, Michigan
September 5, 2012

**Mehlman CT**.
Michigan Osteopathic Academy of Orthopaedic Surgeons
When Should I Operate on a Child's Fracture (A Case-
Based Interactive Discussion)
Novi, Michigan
May 10, 2012

**Mehlman CT**.
AOAO Annual Meeting
The Importance and Evolution of Evidence-Based Medicine
In Pediatric Orthopedics
Pediatric Orthopedics and Health Care Reform
Chicago, Illinois
October 20-23, 2011

**Mehlman CT**.
University of Cincinnati Grand Rounds
Department of Orthopaedics
Pediatric Polytrauma
Cincinnati, Ohio
October 12, 2011

**Mehlman CT**.
Common Pediatric Fractures
Batesville Pediatrics CME Lecture
Batesville, Indiana
June 22, 2011

**Mehlman CT**.
Common Sports Injuries
Queen City Physicians CME Lecture
Cincinnati, Ohio
April 6, 2011

**Mehlman CT**.
Instructional Course Lecture #414
Challenges in the Management of Fractures in Adolescents
– A Case-Based Approach
2011 AAOS Annual Meeting, San Diego, California
February 18, 2011

**Mehlman CT**.
Instructional Course Lecture #247
The Difficult Pediatric Supracondylar Humerus Fracture:
Tips and Techniques to Avoid Complications
2011 AAOS Annual Meeting
San Diego, California
February 16, 2011

**Mehlman CT**.
Neonatal Brachial Plexus Palsy: An Evidence-Based
Treatment Approach
Richard E. Lindseth Lectureship
Indiana University's School of Medicine
Indianapolis, Indiana
November 6, 2009

**Mehlman CT**.
Common Sports Injuries
Bethesda North Hospital CME Lecture
Cincinnati, Ohio
October 27, 2009

**Mehlman CT**.
Clavicle Shaft Fractures: Should We Treat Kids Like Little
Adults?
Comprehensive Children's Injury Center (CCIC)
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
October 27, 2009

**Mehlman CT**.
Often Wrong, Never In Doubt
American Osteopathic Academy of Orthopedics Annual
Meeting
Boston, Massachusetts
October 8-11, 2009

**Mehlman CT**.
Common Sports Related Fractures in Children: Which
Fractures Do You Need to Worry About
Queen City Pediatrics CME Lecture
Cincinnati, Ohio
September 30, 2009

**Mehlman CT**.
Spondylolysis/Spondylolisthesis in Children and
Adolescents
Physical Medicine and Rehabilitation Department
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
March 2, 2009

**Mehlman CT**.
The Christ Hospital, Department of Obstetrics and
Gynecology
"Brachial Plexus Injury"
Cincinnati, Ohio
May 7, 2008

**Mehlman CT**.
Shanghai POSNA-COUR (Children's Orthopaedics in
Underdeveloped Regions) Pediatric Orthopaedic Course
"Spine Fractures"
"Legg-Calve Perthes Disease"
"Congenital Scoliosis"
"VEPTR"
Shanghai Children's Medical Center
Shanghai, China
October 10–14, 2007

**Mehlman CT**.
"So you think you know about forearm shaft fractures in
children?"
"Ankle fractures in children are different!"
Moderator: Pediatric Section
AOAO Postgraduate Seminar
Atlanta, Georgia
May 4–5, 2007

**Mehlman CT**.
"Neonatal Brachial Plexus palsy: You've Come a Long Way Baby"
Fetal Care Center Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
May 3, 2007

**Mehlman CT**.
"Neonatal Grand Rounds"
Neonatology & Pulmonary Biology Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
March 23, 2007

Dunham RC, **Mehlman CT**, Foad SL
"Anterior Knee Pain in Children & Adolescents: Evaluation and Treatment of Plica Syndrome"
High School and Collegiate Sports Medicine Conference
Cincinnati, Ohio
June 16-18, 2006

**Mehlman CT**, Farmer J
"Teaching Orthopaedics on the Run: Tell Me the Story Backward"
14th Annual Osteopathic Orthopedic Educators' Course for Directors and Trainers
American Osteopathic Academy of Orthopedics
Scottsdale, Arizona
May 6-7, 2006

**Mehlman CT**.
"The importance of evidence-based Orthopaedics in resident training"
14th Annual Osteopathic Orthopedic Educators' Course for Directors and Trainers
American Osteopathic Academy of Orthopedics
Scottsdale, Arizona
May 6-7, 2006

**Mehlman CT**.
"Pearl and Pitfalls"
Harrison Pediatrics CME Lecture
Harrison, Ohio
November 30, 2005

**Mehlman CT**.
"Scoliosis-An Overview for Those in the Trenches"
Margaret Mary Community Hospital CME Lecture
Cincinnati, Ohio
November 15, 2005

**Mehlman CT**.
"Kid's Sports Shoulder and Elbow Injuries"
Queen City Pediatrics CME Lecture
Cincinnati, Ohio
November 3, 2005

**Mehlman CT**.
"Congenital Spine"
"Femur Fractures in Children"
8th Annual What's New in Pediatric Orthopedics
Albany Medical College
Albany, New York
October 20–21, 2005

**Mehlman CT**.
"My Kid's Leg Looks Funny: Lower Extremity Problems in Children"
Batesville Pediatrics CME Lecture
Batesville, Indiana
August 17, 2005

**Mehlman CT**.
"Anatomical and Biomechanical Overview and Relationship to Shoulder Pathology"
"Anterior Knee Pain and Surgical Options"
High School and Collegiate Sports Medicine Conference
Cincinnati Children's Sports Medicine Biodynamics Center
Cincinnati, Ohio
July 22 – July 24, 2005

**Mehlman CT**.
"Neonatal Brachial Plexus Injury: You've Come A Long Way Baby"
Ohio Osteopathic Association Annual Convention
Cincinnati Marriott at River Center Vista East
Covington, Kentucky
June 23 – 26, 2005

**Mehlman CT**.
"Anterior Knee Pain and Surgical Options"
"Anatomical and Biomechanical Overview and Relationship
to Shoulder Pathology"
2nd Annual Management of the Female Athlete Prevention
and Rehabilitation Strategies Conference
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
July 22, 2005

**Mehlman CT**.
"Professionalism: Lifeline to Success"
"Alumni Research Series Kickoff"
"Research Case Study – High Points of a Project"
"The Importance of Research and Why Should I Care"
"Traits of a Good Research Project"
Ohio University College of Osteopathic Medicine
Athens, Ohio
May 4, 2005

**Mehlman CT**.
"It's a Bone Thing – Pearls and Pitfalls in Pediatric
Fractures"
Cincinnati Children's Hospital Medical Center
Community Pediatrics Sunrise Lecture Series
Cincinnati, Ohio
May 3, 2005

**Mehlman CT**.
"Neonatal Brachial Plexus Injury – You've Come a Long Way
Baby"
University of Cincinnati Grand Rounds
Department of Physical Medicine and Rehabilitation
Cincinnati, Ohio
April 22, 2005

**Mehlman CT**.
"Evaluation of Joint Pain in the ER"
American College of Osteopathic Pediatricians
2005 Spring Conference
Chicago, Illinois
April 15–17, 2005

**Mehlman CT**.
"Neonatal Brachial Plexus Injuries"
"Knee Fractures in Children"
"Forearm Fractures in Children"
7th Annual What's New in Pediatric Orthopedics
Albany Medical College
Albany, New York
October 22, 2004

**Mehlman CT** and Wall, EJ
"Common Orthopedic Injuries in Children"
Cincinnati Children's Pediatric Update 2004
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
October 1 – 3, 2004

**Mehlman CT**.
"Treatment of Brachial Plexus Injury: The Team Approach
at CCHMC"
Neonatology Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
June 11, 2004

**Mehlman CT**.
Co-Chair/Presenter
"Ways Kids Get Hurt"
"Anterior Knee Pain in the Young Athlete"
"Little League Elbow and Shoulder"
"Physical Examination (Shoulder/Upper Extremity)"
Cincinnati Children's Hospital Medical Center Sports
Medicine Symposium
Cincinnati, Ohio
April 16-17, 2004

**Mehlman CT**.
Pediatric Grand Rounds
"Idiopathic Scoliosis: Common Myths, Current Evidence &
Candent Ideas"
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
January 20, 2004

**Mehlman CT**.
University of Cincinnati Grand Rounds
"Common Bone Tumors in Children: An Evidence-Based
Approach"
University of Cincinnati College of Medicine
Cincinnati, Ohio
December 6, 2003

**Mehlman CT**.
"Shoulder Instabilities in the Female Athlete"
Cincinnati Children's Sports Medicine Biodynamics Center
Cincinnati, Ohio
November 8, 2003

**Mehlman CT**.
"Scoliosis: An Evidence Based Approach"
Ohio University College of Osteopathic Medicine/CORE
Athens, Ohio
September 26-27, 2003

**Mehlman CT**.
"Other Orthopaedic Issues in RTS…Knees, Hips
Ambulation" and
"Spine Problems Associated with RTS
International Family Conference on Rubinstein-Taybi
Syndrome
Northern Kentucky Convention Center
Covington, Kentucky
July 10-12, 2003

**Mehlman CT**.
"Pediatric Shoulder and Elbow Injuries"
2nd Annual Dayton Sports Medicine Institute
Dayton, Ohio
April 25, 2003

**Mehlman CT**.
"Common Orthopedic Problems in Pediatrics"
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
March 29, 2003

Michaud, L., and **Mehlman CT**.
Pediatric Grand Rounds
Brachial Plexus Injury
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
December 20, 2002

**Mehlman CT**.
"Common Bone Tumors in Kids " and "OITE Tumor
Question Review"
Grandview Hospital
Dayton, Ohio
October 2, 2002

Michaud, L., and **Mehlman CT**. Pediatric Grand Rounds
Pediatric Rehabilitation
Brachial Plexus Injury
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
August 20, 2002

**Mehlman CT**.
"Bones R Us: Femoral Shaft Fractures in Children"
4th Annual Ohio Pediatric Trauma Symposium
Cincinnati, Ohio
April 19, 2002

**Mehlman CT**.
"Pediatric Hip and Knee"
CORE/Centers for Osteopathic Research and Education
Orthopedic RPAC Educational Day
Doctor's Hospital
Columbus, Ohio
February 8, 2002

**Mehlman CT**. - Visiting Professor
"Benign Bone Tumors"
"CON:  Clubfoot Casting"
"CON:  Bracing and PT "
"DDH and Dislocation, Birth to 18 Months of Age"
"Foot and Ankle Trauma in Children: The Good, the Bad and the Ugly"
"CON: Femur Fracture"
Ohio U Orthopaedic Surgery
Desmond Hotel and Conference Center
Albany, New York
October 25-26, 2001

**Mehlman CT**.
"Pediatric Foot and Congenital Ankle"
State Wide Campus-Orthopaedic Surgery Educational Day
Troy Management Center
Troy Michigan
August 8, 2001

**Mehlman CT**.
"Congenital Clubfoot: Evaluation and Treatment"
"Congenital Abnormalities: Pediatric Lower Extremities"
 "Congenital Clubfoot: Evaluation & Treatment"
 "Common Foot Problems in Children"
 "Pediatric Congenital Foot & Ankle OITE Review"
CORE, Orthopaedic Educational Day
Ohio U College of Osteopathic Medicine
Doctors Hospital
Columbus, Ohio
June 8, 2001

**Mehlman CT**.
"Pediatric Injuries of the Leg, Ankle, Foot (The Good, The Bad, The Ugly)"
7th Annual Sports Medicine Symposium for the Health Care Professional
Sharonville Convention Center
Cincinnati, Ohio
March 2–3, 2001

**Mehlman CT**.
"Spondylolisthesis in Children: The Low-Tech Approach"
Grand Rounds
University of Cincinnati College of Medicine
Department of Orthopaedic Surgery
Cincinnati, Ohio
November 8, 2000

**Mehlman CT**
"Osteochondritis Dissecans of the Knee & Meniscal
Injuries "
"ACL Evaluation & Treatment in the Skeletally Immature
Knee"
" Anterior Knee Pain"
3rd What's New in Pediatric Orthopedics?
Albany Medical College
Albany, New York
October 27, 2000

**Mehlman CT**.
"The History of Scoliosis"
Orthopedic RPAC Educational Day - Doctors Hospital
Columbus, Ohio
September 8, 2000

**Mehlman CT**.
"Idiopathic Scoliosis: Overview of Diagnosis and
Management"
Orthopedic RPAC Educational Day
Doctors Hospital
Columbus, Ohio
September 8, 2000

**Mehlman CT**.
"Thoracic & Lumbar Spine Trauma in Children"
Orthopedic RPAC Educational Day
Doctors Hospital
Columbus, Ohio
September 8, 2000

**Mehlman CT**.
"Spondylolysis & Spondylolisthesis in Children"
"Elbow Fractures in Children: The Ugly Lateral Condyle,
Medial Condyle, and Transphyseal Fractures in Children"
Columbus Children's Hospital Grand Rounds
Columbus, Ohio
June 16, 2000

**Mehlman CT**.
" Randomized Clinical Trials Instructional Course"
2000 Pediatric Orthopaedic Society of North America
meeting
Vancouver, British Columbia
Canada
May 1–4, 2000

**Mehlman CT**.
"Potpourri of Pediatric Trauma and Other Chuckisms"
40th Annual American Osteopathic Academy of
Orthopedics Postgraduate Seminar
Lake Buena Vista, Florida
May 5-6, 2000

**Mehlman CT**.
"How To Get Residents To Write A Paper"
"Coaching"
8th Annual American Osteopathic Academy of
Orthopedics Educators' Course
Lake Buena Vista, Florida
May 6-7, 2000

**Mehlman CT**.
"Sports Injuries"
Obstetrics/Gynecology & Pediatrics Conference
Doctors Hospital
Columbus, Ohio
March 5, 2000

**Mehlman CT**.
"Common Splinting"
Obstetrics/Gynecology & Pediatrics Conference
Doctors Hospital
Columbus, Ohio
March 5, 2000

**Mehlman CT**.
"Patient Focused Outcomes Assessment of Shoulder Pathologies"
"Chronic Shoulder Instabilities"
6th Annual Sports Medicine Symposium for the Health Care Professional
Sharonville Convention Center
Cincinnati, Ohio
March 3–4, 2000

**Mehlman CT**.
"Impact of VATS on Quality of Life"
Scoliosis Research Society Tutorial
Children's Hospital Medical Center
Cincinnati, Ohio
December 9-10, 1999

**Mehlman CT**.
"Sports Injuries"
Dearborn County Hospital CME Lecture
Lawrenceburg, Indiana
November 12, 1999

**Mehlman CT**.
"Traumatic Injuries of the Hip & Pelvis in Children
Tots and Trauma: Trauma Update '99
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
November 12, 1999

**Mehlman CT**.
"Shoulder Instability in Young Adults and Children"
"Elbow Fractures in Children, 'The Ugly Lateral Condyle, Medial Condyle, and Transphyseal Fractures in Children"
Orthopaedic RPAC Educational Day
Doctors Hospital Central CORE
Columbus, Ohio
October 15, 1999

**Mehlman CT**.
"Pseudodislocation of the AC Joint in Children: Growth
Plate Fractures
of the Distal Clavicle"
Orthopaedic RPAC Educational Day
Doctors Hospital Central CORE
Columbus, Ohio
October 15, 1999

**Mehlman CT**.
"Spondylolysis and Spondylolisthesis in Children,
The Low-Tech Approach"
"Common Pediatric Bone Lesions"
72nd Annual Clinical Assembly of Osteopathic Specialists
Seattle, Washington
October 2–5, 1999

**Mehlman CT**.
"Common Sports Injuries in Children"
"Hip Disorders in Children"
Ohio Osteopathic Association 101st Annual Meeting
Columbus, Ohio
June 26, 1999

**Mehlman CT**.
"Overview and Epidemiology of Extremity Trauma in
Children"
"Pediatric Wrist Fractures"
"Proximal Humeral Physeal Fractures"
AOAO 39th Postgraduate Seminar
Scottsdale, Arizona
May 1-2, 1999

**Mehlman CT**.
"Pediatric Orthopaedics: The Good, The Bad, and The Ugly"
Children's Health Care
Batesville, Indiana
March 23, 1999

**Mehlman CT**.
"Pediatric orthopedics: A Survival Guide for Those in the
Trenches"
Pediatric Grand Rounds
Cincinnati Children's Hospital Medical Center
Cincinnati, Ohio
February 16, 1999

**Mehlman CT**.
"Clinical Effectiveness and Outcomes of Research
Doctors Hospital Central CORE
Ohio University College of Osteopathic Medicine
Athens, Ohio
December 11, 1998

**Mehlman CT**.
"Idiopathic Scoliosis: From Barber Surgeons to Bona-fide
Bone Doctors"
71st AOAO Clinical Assembly of Osteopathic Specialists
Chicago, Illinois
September 27, 1998

**Mehlman CT**.
"Clubfoot: Pathogenesis and Treatment"
"Miscellaneous Pediatric Foot"
Pediatric CORE Conference
Doctors Hospital West
Columbus, Ohio
May 29, 1998

**Mehlman CT**.
"Clinical Effectiveness vs. Clinical Defectiveness: What is
Outcomes Research All About"
Grand Rounds
University of Cincinnati College of Medicine
Department of Orthopaedic Surgery
Cincinnati, Ohio
January 31, 1998

**Mehlman CT**.
"Management of Femoral Shaft Fractures in Children".
Education Design/Osteonics
New York, New York
November 21, 1997

**Mehlman CT**.
"Difficult Fractures About the Wrist in Children"
American Osteopathic Academy of Orthopedics
Atlanta, Georgia
September 20-23, 1997

**Mehlman CT**.
"Fractures in Children: The Good, the Bad and the Ugly"
"Scoliosis: An Overview For Those in the Trenches"
"Pediatric Orthopaedics Jeopardy – Various Topics"
Pediatric CORE Conference
Doctors Hospital West
Columbus, Ohio
September 17, 1997

**Mehlman CT**.
"Pediatric Fractures"
Ohio Osteopathic Association
Cleveland, Ohio
June 21, 1997

**Mehlman CT**.
"Fracture Management in children: The Good, The Bad, and
The Ugly"
Ohio Osteopathic Association
Cleveland, Ohio
June 21, 1997

**Mehlman CT**.
"Scoliosis: An Overview for Those in the Trenches"
Ohio Osteopathic Association
Cleveland, Ohio
June 21, 1997

**Mehlman CT**.
"Newborn Foot Deformities"
St. Elizabeth South Hospital
Edgewood, Kentucky
June 12, 1997

**Mehlman CT**.
"Newborn Foot Deformities"
Children's Hospital Medical Center
Community Pediatrics Grand Rounds
Cincinnati, Ohio
May 6, 1997

**Mehlman CT**.
"Common Pediatric Foot Problems."
Children's Hospital Medical Center Brown County Outreach
Brown County Hospital
Georgetown, Ohio
September 4, 1996

**Mehlman CT**.
"The Pediatric Elbow: Fractures of the Proximal Radius,
Olecranon, and Medial Epicondyle."
American Osteopathic Academy of Orthopaedics Midyear
Meeting
Dearborn, Michigan
May 6, 1996

**Mehlman CT**.
"Pediatric Elbow Anatomy: A Celestial Committee Update."
American Osteopathic Academy of Orthopedics Midyear
Meeting
Dearborn, Michigan
May 5, 1996

**Mehlman CT**.
"Scoliosis: A Paradigm For the Study of Orthopaedic
History."
Pediatric Spine Symposium: OU-COM
Grandview Hospital & Medical Center
Dayton, Ohio
April 1996

**Mehlman CT**.
"Injuries to the Lateral End of the Clavicle and A-C Joint:
A Pediatric Perspective."
American Osteopathic Academy of Orthopaedics
Pediatric Orthopaedic Section
New Orleans, Louisiana
September 17, 1995

**Mehlman CT**.
"Orthopaedic Emergencies for the Uninterested."
Symposium: The Spectrum of Emergency Medicine
Sponsored by Grandview/Southview Hospital's Emergency
Medicine Program & Ohio Coalition of Osteopathic
Emergency Medicine Residencies
Dayton, Ohio
February 24, 1995

CLINICAL RESEARCH       **Mehlman CT**, Klein G.   Non-Operative Treatment of
Spondylolysis and Spondylolisthesis in Children and Young
Adults: A Systematic Review.
University of Cincinnati Orthopaedic Department
2007 – current (Funded: UOREF Grant $6,335)

**Mehlman CT**, McCarty M
Spondylolisthesis: Intra and Inter-Observer Variability in
the Measurement of Percent Slip.
University of  Cincinnati Orthopaedic Department
2007 – current (Funded: UOREF Grant $5,500)

Weinstein S, **Mehlman CT**. Multi-center BrAIST study.
Funding Source National Institute of Arthritis and
Musculoskeletal and Skin Diseases (NIAMS)
Grant Number:  R01 AR052113
Study Title:  Bracing in Adolescent Idiopathic Scoliosis
Trial (BrAIST)
University of Iowa
2003 – in progress

**Mehlman CT**, Foad SL. Incidence of Brachial Plexus
Injuries in the United States. NIH final approval pending

**Mehlman CT**, Michaud LJ, Allgier A, Yakuboff K.
Prospective Study of the Treatment for Brachial Plexus
Birth Palsy. IRB approved. In progress

Femoral Neck Fractures in Children: 20 Cincinnati Cases &
Meta-Analysis of 333 Cases
University of Cincinnati Orthopaedic Department
2003-2004

Weight > 99 Pounds (45kg) and Age > 12 Years Predict
Malunion Following Elastic Stable Intramedullary Nailing of
Femoral Shaft Fractures in Children
University of Cincinnati Orthopaedic Department
2003-2004

The Use of Conscious Sedation for Forearm Fracture
Reduction in Children: Does Race Matter?
University of Cincinnati Orthopaedic Department
2002-2003 (Funded: UOREF Grant $5.000)

Spinal Deformities Associated with Rubinstein-Taybi
Syndrome 2001
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Outcomes Following Surgical Treatment of Legg-Calve-
Perthes Disease 2001
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Buckle Fractures of the Distal Radius and Ulna in Children:
Risk Factors for Displacement
1999-2001 (Funded: CHMC Trustee Grant $20,000)

Pediatric Femoral Shaft Fractures: 90-90 Traction &
Casting versus Flexible Intramedullary Nails
Accepted AAOS 2000
Orlando, Florida

ATV and Bicycle Related Trauma in the Pediatric Population
2000
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Surgical Treatment of Spondylolisthesis in Children &
Adolescents 2000
University of Cincinnati College of Medicine
Children's Hospital Medical Center

Video-Assisted Thoracoscopic Surgery in the Management
of Pediatric Spinal Deformity: Impact on Health Related
Quality of Life
Divisional Grant, Pediatric Orthopaedic Surgery $2,500
1999

Thoracic and Lumbar Spine Fractures in Children: An
Outcomes Analysis
Divisional Grant, Pediatric Orthopaedic Surgery $2,500
1999

Perioperative Complications Associated with Supracondylar
Humeral Fractures in Children: Does Timing of Surgery
Make a Difference?
1998

|  | Northeastern Ohio Universities College of Medicine |
|---|---|
|  | Akron General Medical Center |
|  | Akron, OH |
|  | In Vitro Stimulation of Rabbit Synoviocyte Collagen Production by Ketorolac |
|  | **Mehlman CT**, Sloan-Stakelff K |
|  | 1990 – 1991 |

| BASIC SCIENCE RESEARCH | Wright State University College of Medicine |
|---|---|
|  | Veterans Administration Medical Center |
|  | Dayton, OH |
|  | Musculotendinous Imbalance in Total Wrist Arthroplasty |
|  | Barre PS, Zachary SV, **Mehlman CT** |
|  | 1988 – 1989 |

|  | Northeastern Ohio Universities College of Medicine |
|---|---|
|  | Akron City Hospital Dept Musculoskeletal Research |
|  | Akron, OH |
|  | Biomechanical Analysis of the Zielke Anterior Spinal Instrumentation System |
|  | **Mehlman CT**, Bethem D. , Askew M |
|  | 1985 |

|  | The University of Akron |
|---|---|
|  | Akron City Hospital Dept Vascular Research |
|  | Akron, OH |
|  | A Comparison of Microvascular Suture Techniques |
|  | **Mehlman CT**, Schmidt SP |
|  | 1985 |

| MEDICAL PROVIDER INFORMATION | Arkansas Medicaid | 157759003 |
|---|---|---|
|  | Georgia Medicaid | 000905693X |
|  | Indiana Medicaid | 200127610 |
|  | Kansas Medicaid | 200005290A |
|  | Kentucky Medicaid | 64954340 |
|  | Ohio Medicaid | 0159957 |
|  | PASSPORT | 50011165 |
|  | Pennsylvania Medicaid | 1021005360001 |
|  | Tennessee Medicaid | 4047411 |
|  | West Virginia Medicaid | 3810007526 |

| EXAMINATIONS | Re-Certification American Osteopathic Board of Orthopedic Surgery, Certificate No. R-1227 April 12, 2008 Ranked #1 |
|---|---|

Ranked #1 Part III [Clinical Exam] American Osteopathic Board of Orthopaedic Surgery – Completed Exam 7/23/98 & 7/24/98

Part II [Oral Boards] American Osteopathic Board of Orthopaedic Surgery 9/12/95    Ranked #3

Part I [Written Boards] American Osteopathic Board of Orthopaedic Surgery 3/10/95  Ranked #1

2010 Orthopaedic In-Training Examination
2009 Orthopaedic In-Training Examination
2008 Orthopaedic In-Training Examination
2007 Orthopaedic In-Training Examination
2006 Orthopaedic In-Training Examination
2005 Orthopaedic In-Training Examination
2004 Orthopaedic In-Training Examination
2003 Orthopaedic In-Training Examination
2002 Orthopaedic In-Training Examination
2001 Orthopaedic In-Training Examination
2000 Orthopaedic In-Training Examination
1999 Orthopaedic In-Training Examination
1998 Orthopaedic In-Training Examination
1997 Orthopaedic In-Training Examination
1996 Orthopaedic In-Training Examination
1995 Orthopaedic In-Training Examination
1994 Orthopaedic In-Training Examination
1993 Orthopaedic In-Training Examination
1992 Orthopaedic In-Training Examination
1991 Orthopaedic In-Training Examination
1990 Orthopaedic In-Training Examination
1989 Orthopaedic In-Training Examination

PROFESSIONAL
ASSOCIATIONS

American Orthopaedic Scoliosis Research Society Cabinet Member [2008-present]

Scoliosis Research Society
Active Fellow 2007

Cincinnati Academy of Osteopathic Medicine & The Ohio Osteopathic Association, President [2002-present]

Scoliosis Research Society – Candidate Fellow [2002-present]

Arthroscopy Association of North America [2000 – present]

American Orthopaedic Foot and Ankle Society, Active member
[1999 – present]

American Academy of Pediatrics [1999 – present]

American Osteopathic Association [1985 – present]

American Medical Association [1999 – present]

American Osteopathic Academy of Orthopedics
Inducted as Fellow [1998]
Candidate Member [1991 – 1998]
Publications Committee [1996 – present]
Research Committee [1996 – present]
Chairman [1998 – present]
Pediatric Section [1996 – present]
President [1998 – 1999]

Ohio State Medical Association
Academy of Medicine of Cincinnati [1996 – present]

Ohio Osteopathic Association [1985 – present]
Committee on Student Affairs & Physician
Placement [1990 – present]
House of Delegates Member [1999]
Professional Affairs Committee [1999 – present]

Pediatric Orthopaedic Society of North America
Associate Member [1999 – present]

North American Spine Society Active Member [1998 – present]

American Fracture Association Active Member [1998 - present]

National Athletic Trainers Association [1980-1990]

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*                    *Curriculum Vitae Continued*

| | |
|---|---|
| EDUCATIONAL ACTIVITIES | Teaching: |
| | Twice weekly Didactic Lectures to residents |
| | Wednesday weekly pediatric orthopaedic conferences |

| | |
|---|---|
| COMMUNITY SERVICE/ VOLUNTEER ACTIVITY | Cincinnati Children's Hospital Medical Center / Healing the Children |
| | Team Leader |
| | Spine related orthopaedic mission |
| | Shanghai, China |
| | October 14–21, 2007 |

Cincinnati Children's Hospital Medical Center / Healing the Children
Team Leader
Spine related orthopaedic mission
Shanghai, China
September 20–29, 2006

:

Cincinnati Children's Hospital Medical Center/Healing the Children,
Team Leader
Spine related orthopaedic mission
Shanghai, China
June 26–July 7, 2005

Healing the Children – Northeast, Inc., Member
Spine related orthopaedic mission
Shanghai, China
May 3–14, 2004

Member, Rock Hill United Presbyterian Church
Bellaire, OH [1976 – present]

Ohio University College of Osteopathic Medicine –
Academic Research Center / Integrated Learning Research
Facility Fund (contributed $10,000 in 2008)

*C. T. Mehlman, D.O., M.P.H., F.A.O. A.O.*          *Curriculum Vitae Continued*

| | |
|---|---|
| FUNDRAISING & PHILANTHROPY | Ohio University College of Osteopathic Medicine – Learning Research Center Expansion (contributed $1,000 in 1999 approx) |
| | Orthopaedic Research Education Foundation (OREF) – cumulative contribution of approx $12,000 since 1997 |
| MENTORSHIP | Ravinder Kang University of Cincinnati College of Medicine 2009 |
| | Eric Bowman University of Cincinnati College of Medicine 2009 |
| | Jessica Smalley Babal University of Cincinnati  College of Medicine 2009 |
| | Molly McGraw Ohio University College of Medicine 2008 |
| | Robert Talbert University of Cincinnati MS, Biological Engineering 2008 |
| | Winston Chan University of Cincinnati Biological Engineering 2008 |
| | Mary McCarty University of Cincinnati College of Medicine 2007 |
| | Guy Klein Ohio University College of Medicine 2007 |
| | Shilpa Reddy University of Cincinnati College of Medicine 2007 |
| | Raghav Tadepalli Northeastern Ohio University College of Medicine 2007 |
| | Adarsh Srivastava Wright State University College of Medicine 2007 |
| | Nicole McDonald University of Cincinnati College of Medicine 2006 |
| | Lucas Richie University of Cincinnati College of Medicine 2006 |
| | Edward Moon University of Cincinnati College of Medicine 2005 |

Tracy Lee (Bigelow) Doctor's Hospital College of Medicine 2002

David Hoenninger University of Cincinnati College of Medicine 2001

Matthew Koepplinger Ohio University College of Medicine 2000

Ian Rodway University of Cincinnati College of Medicine 2001 1999

George Papacostas University of Cincinnati College of Medicine 1997