JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CHARLES T. MEHLMAN

**DEFENDANTS**
CINCINNATI CHILDREN'S HOSPITAL MEDICAL CENTER

**(b)** County of Residence of First Listed Plaintiff: Hamilton
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hamilton
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Alan J. Statman, Statman, Harris & Eyrich, LLC 35 E. 7th St. Suite 315 Cincinnati, Ohio 45202 (513) 621-2666

Attorneys *(If Known)*
J. David Brittingham, Dinsmore & Shohl, LLP, 255 E. Fifth St. #1900, Cincinnati, Ohio 45202

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[x] 375 False Claims Act

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C Section 3730(h)

Brief description of cause:
Employment Retaliation and Wrongful Termination

## VII. REQUESTED IN COMPLAINT:
DEMAND $ tbd
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 10/16//20
SIGNATURE OF ATTORNEY OF RECORD: *Alan J Statman*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE