# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CHARLES T. MEHLMAN,<br>    Plaintiff, | Case No. 1:20-cv-813<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| CINCINNATI CHILDREN'S HOSPITAL<br>MEDICAL CENTER, et al.,<br>    Defendants. | **ORDER** |

This matter is before the Court pursuant to its prior Order regarding defendants' motion to reconsider their motion to seal. (*See* Docs. 29, 31, 32, 35). In that prior Order, the Court directed defendants to submit their "motion for summary judgment . . . , as well as its supporting memorandum and statement of proposed undisputed facts and any other filings related or in response to this motion . . . for *in camera* review of whether redaction or full seal is warranted." (Doc. 35 at PAGEID 520). The Court has reviewed defendants' proposed motion for summary judgment, supporting memorandum, and statement of proposed undisputed facts, which were submitted via email on Wednesday, January 19, 2022. The Court **ORDERS** that the matter proceed as follows:

1. The Clerk of Court shall email the Court's proposed redactions to the parties' counsel.

2. The parties' counsel shall have fourteen days from this email during which to file objections with the District Judge or submit alternative proposed redactions to the Court and opposing counsel via email (Litkovitz_Chambers@ohsd.uscourts.gov).

3. If there are no objections, defendants shall file their redacted motion for summary judgment, supporting memorandum, and statement of proposed undisputed facts in the manner prescribed by the Court within fifteen days of the Court's emailed proposal; and

any forthcoming filings related or in response to these documents shall be redacted in a manner consistent therewith.

**IT IS SO ORDERED**.

Date: 1/25/2022

Karen L. Litkovitz
United States Magistrate Judge